Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

Civil Division

| | |
|---|---|
| **James E. Bowers** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☒ No |
| **-v-** | |
| **Amazon.com Inc. and its shareholders Jeffrey P. Bezos, President & CEO** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | James E. Bowers |
| Street Address | 5227 Olde Shawboro Rd |
| City and County | Grand Blanc, Genesee County |
| State and Zip Code | Michigan 48439 |
| Telephone Number | 810-265-2144 |
| E-mail Address | jbowers726@gmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Amazon.com Inc. |
| Job or Title *(if known)* | Business |
| Street Address | 300 Deschutes Way SW, Suite 208 MC-CSC1 |
| City and County | Tumwater, Thurston County |
| State and Zip Code | Washington 98501 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jeffrey P. Bezos |
| Job or Title *(if known)* | President and CEO |
| Street Address | 300 Deschutes Way SW, Suite 208 MC-CSC1 |
| City and County | Tumwater, Thurston County |
| State and Zip Code | Washington 98501 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

   a.  If the plaintiff is an individual

   The plaintiff, *(name)*   James E. Bowers                                    , is a citizen of the State of *(name)*   Michigan                                    .

   b.  If the plaintiff is a corporation

   The plaintiff, *(name)*                                    , is incorporated under the laws of the State of *(name)*                                    , and has its principal place of business in the State of *(name)*                                    .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

   a.  If the defendant is an individual

   The defendant, *(name)*    Jeffrey P. Bezos                                    , is a citizen of the State of *(name)*    Washington                                    . Or is a citizen of *(foreign nation)*                                    .

b.      If the defendant is a corporation

The defendant, *(name)* <u>Amazon.com, Inc</u> , is incorporated under

the laws of the State of *(name)* <u>Delaware</u> , and has its

principal place of business in the State of *(name)* <u>Washington</u> .

Or is incorporated under the laws of *(foreign nation)* <u> </u> ,

and has its principal place of business in *(name)* <u> </u> .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy will likely result in several million to billion dollars by the time the case is heard in federal court. Amazon.com charges uses a range from $199 a year per person to $12.99 per month x 12 months per year for their Amazon Prime membership. They also charge shipping fees outside of this membership for packages that may not deliver on time. Amazon has always promoted a credit offering for late packages, but they don't follow through. Therefore, by the time you factor in not only my membership cost for the past 10 years, but the memberships of hundreds of thousands of US citizens, we could easily be into million to billion dollar range and well above the required statue of $75,000

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Claim 1: Amazon.com has violated it's service agreement with its customers by refusing to provide membership credits, shipping credits or other reasonable compensation for packages that consistantly arrive outside of the advertised delivery dates.

Claim 2: Amazon.com has falsly advertised items avaliability and shipping times to their "membership" though their web platform Amazon.com

Claim 3: Jeffrey P. Bezos has been contacted via email several times regarding these incidents by the plaintfill who provided all legal context of the issue. Mr. Bezos has ignored each and every request for resolution in a matter regarding the company he owns.

Claim 4: Amazon.com has falsely provided information to the Better Business Bureau of the United States of America in regards to shipping times, shipping data and customer resolution.

Claim 5: Jeffrey P. Bezos has purposely and willfully built Amazon.com Inc to exclude customer service and circumvent US law but placing all of the call centers, BBB escalation centers and another othe customer contact point outside of the United States of America. This has resulted in many false credit card charges, claims of products not received

Claim 6: Amazon.com has purposely structured its business to block customer resolution calls from being received by the corporate office. To the point of hanging up on a customer who calls the corporate office for resolution to the issue.

Claim 7: Amazon.com and Mr. Bezos continue to advertise false shipping statuses and product statuses on their website after multiple reports made not only by the defendant, but by many other U.S. Citizens.

Claim 8: Amazon.com, Mr. Bezos and it's shareholders have continued to withdrawl funds from my bank account and bank accounts of those with prime memberships despite the fact that they have been notified verbally and in wirting of their contract violations with the end user.

In consideration of class action status, additional claims will be added for Amazon sellers who have been harmed by this company along with many many other users who have not received product as promoted and promised on their website.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Relief will be requested for each claim below:

Claim 1:
It is the request of the plaintiff that the defendants, wholelly or indvidually, process an agreed settlement of $165,000 to the plaintiff in question plus all attorney fees and court fees associated with this case. This dollar amount is subject to change at the time this case becomes class action status.

Claim 2:

Outside of monitory claim of $18,000 for damages, plus associated attorney and court fees, it is the request of the plaintiff that Amazon.com, Inc and it's associated authorities change their website to include accurate stock data which shows whether the item is in stock in the Amazon warehouse before completing the purchase. This includes third party seller stock data to show accurate reporting.

Claim 3:
Amazon.com is a U.S. Based company. It is the request of the plaintiff that, upon request via email or phone to the Amazon corporate office, any request for corporate resolution (including claims such as FTC, BBB, etc.) be handled and resolved by a U.S. Based employee in the corporate office's region.

Claim 4:
Amazon.com is a U.S. Based company. It is the request of the plaintiff that, upon request via email or phone to the Amazon corporate office, any request for corporate resolution (including claims such as FTC, BBB, etc.) be handled and resolved by a U.S. Based employee in the corporate office's region.

Claim 5:
Amazon.com is a U.S. Based company. It is the request of the plaintiff that, upon request via email or phone to the Amazon corporate office, any request for corporate resolution (including claims such as FTC, BBB, etc.) be handled and resolved by a U.S. Based employee in the corporate office's region. Since there has been so many issues with proper refunds, credits, etc. The plaintff also requestes a monitary damages claim of $5,000. This will cover bank fees, credit card intrest, and associates fees due to lack of refunds.

Claim 6:
A customer complaint call to the Amazon corporate office phone number MUST be forwarded to a U.S. Based customer resolutions team. The operator cannot hang up on customers when they determine that the call is not "professional business." Customer complaints are required to be processed through this mean of communication to the Amazon Corporate office

Claim 7:
The plaintiff requests the following relief: Flase advertising penality of $2,500 per incident recorded in this case. This is in accordance with the FTC Act on False advertising.

Claim 8:
It is the request of the plaintiff that Amazon.com be fined according to the consumer financial protection bureau code 6500 suppliment I to Part 1005- Official Interpretations Section 1005.2 that any business who withdrawls funds after a contract violation be charged with cival penalities and be required to repay all funds back to the accountholder along with any associated overdraft fees, bank fees, and interest. Therefore, the plaintiff formally requests a settlment of $18,000 for prime membership along with any bank fees assoicated throughout his time with this business.

The plaintiff also requests Amazon.com to modify it's prime member policy to provide a full refund of the monthly (or pro-rated monthly if paid annually) prime membership for the month in which Amazon.com failed to provide shipping as quoted on their website. This is not to carrier restricted to only Amazon Delivery Services, but to all carriers regardless of who it ships with. This does exclude third party sellers who self-fullfill and do not use Amazon Fufullment Services.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            07/01/2021

Signature of Plaintiff            *Jams E. Bowers*
Printed Name of Plaintiff        James E. Bowers, a married man

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff   United States of America
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   United States Of America
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question *(U.S. Government Not a Party)*
- [x] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [x] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $   1.5 Billion

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.



James Bowers <jbowers726@gmail.com>

---

## Your Amazon.com Inquiry for BBB Complaint ID #15530795

9 messages

---

**Amazon.com** <bbb@amazon.com>
Reply-To: bbb+A2OQROBOZPKZ2J@amazon.com
To: jbowers726@gmail.com

Sun, Jun 6, 2021 at 1:53 AM

Hello James Bowers,

I'm Arun from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

I've reviewed your complaint and understand your concern about the order delivery.

I've forwarded this issue to the appropriate team for further review on it.

Also, I've added $15 promo credit to your account for the inconvenience that you've experience so far.

I'll surely take this as a feedback from you and will make sure that this is not repeated.

Please feel free to contact us directly by replying to bbb@amazon.com if we can be of further assistance.

===========================

Information received date: 6/4/2021

===========================

Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

=====================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---

**James Bowers** <jbowers726@gmail.com>
To: bbb+A2OQROBOZPKZ2J@amazon.com

Sun, Jun 6, 2021 at 8:53 PM

I would like to add that once again today... Amazon failed in delivering a package on time. I have attached screen shots. I expect a full year credit for my amazon prime membership. If this can't be completed, my next steps will be to file legal action in court presenting all the times amazon has failed to deliver on its prime promise and not provide appropriate service.

James Bowers
[Quoted text hidden]

---

**8 attachments**



**Screenshot_20210606-145641.png**
255K

**Screenshot_20210604-083924.png**
219K

---



**Screenshot_20210606-200454.png**
335K



**Screenshot_20210606-200504.png**
342K

**Screenshot_20210604-083940.png**
376K



**Screenshot_20210604-083933.png**
286K



**Screenshot_20210606-200437.png**
256K

**Screenshot_20210606-145636.png**
213K



---

**Amazon.com** <bbb@amazon.com>                            Mon, Jun 7, 2021 at 12:45 AM
Reply-To: bbb+A3PT49W2WPZL9L@amazon.com
To: jbowers726@gmail.com

Hello James Bowers,

I'm Arun from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

I'm sorry for the inconvenience that you've had with the order delivery.

I've already forwarded this issue to the appropriate team and it will take time for their action to take effect and I'm sure that this issue will not be repeated.

Also, $15 is the best we can do in this case. We'll not be able to refund the prime charges or any more compensation.

===========================

Information received date: 6/4/2021

===========================

Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

==================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---- Original message: ----

I would like to add that once again today... Amazon failed in delivering a
package on time. I have attached screen shots. I expect a full year credit
for my amazon prime membership. If this can't be completed, my next steps
will be to file legal action in court presenting all the times amazon has
failed to deliver on its prime promise and not provide appropriate service.

James Bowers

On Sun, Jun 6, 2021, 01:53 Amazon.com &lt;bbb@amazon.com&gt; wrote:

&gt; Hello James Bowers,
&gt;
&gt; I'm Arun from Amazon.com. I'm writing in response to a complaint filed on
&gt; your behalf by the Better Business Bureau BBB - I've provided the BBB with
&gt; a copy of this message.
&gt;
&gt; I've reviewed your complaint and understand your concern about the order
&gt; delivery.
&gt;
&gt; I've forwarded this issue to the appropriate team for further review on
&gt; it.
&gt;
&gt; Also, I've added $15 promo credit to your account for the inconvenience
&gt; that you've experience so far.
&gt;
&gt; I'll surely take this as a feedback from you and will make sure that this

&gt; is not repeated.
&gt;
&gt; Please feel free to contact us directly by replying to bbb@amazon.com if
&gt; we can be of further assistance.
&gt;
&gt; ========================
&gt;
&gt; Information received date: 6/4/2021
&gt;
&gt; ========================
&gt;
&gt; Case Description: I have purchased multiple items from amazon.com in the
&gt; last month. Of these items, multiple of them have arrived outside of the
&gt; promised delivery dates. Amazon.com is advertising delivery dates for prime
&gt; members who have paid a membership fee per month. As one of those members,
&gt; my items should arrive on time. However, once again tonight... My order did
&gt; not arrive on time. Called customer support who hung up on me. When I
&gt; called again, the rep transferred me and then hung up the new agent call.
&gt; Still my items have not arrived.
&gt;
&gt; Desired Settlement: Billing Adjustment
&gt;
&gt; ================================================
&gt;
&gt; Regards,
&gt;
&gt; Arun
&gt; Amazon.com
&gt; http://www.amazon.com

---

**James Bowers** <jbowers726@gmail.com>                                Mon, Jun 7, 2021 at 2:05 AM
To: bbb+A3PT49W2WPZL9L@amazon.com

So Amazon will collect a monthly service fee to provide "prime shipping" but will not refund said fee when services are not provided under said contract? If that is the case, this is breach of contract. I will provide your response to my attorney who in turn will be filing a breach of contract violation in US district court this week. We will seek class action status on behalf of all prime users who you have breached contract with. I recommend you escalate this to your US based corporate office before we file such action.

James Bowers
[Quoted text hidden]

---

**Amazon.com** <bbb@amazon.com>                                       Mon, Jun 7, 2021 at 8:43 PM
Reply-To: bbb+AHIAVP0OLX5DT@amazon.com
To: jbowers726@gmail.com

Hello James Bowers,

I'm Arun from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

We'll not be able to refund the complete year or prime charges James.

That is the reason I've offered $15 promo credit which is the best I can do and added it to the account.

I have already forwarded this issue to the appropriate team and they'll make sure that this issue is sorted.

========================

Information received date: 6/4/2021

========================

Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---- Original message: ----

So Amazon will collect a monthly service fee to provide "prime shipping"
but will not refund said fee when services are not provided under said
contract? If that is the case, this is breach of contract. I will provide
your response to my attorney who in turn will be filing a breach of
contract violation in US district court this week. We will seek class
action status on behalf of all prime users who you have breached contract
with. I recommend you escalate this to your US based corporate office
before we file such action.

James Bowers

On Mon, Jun 7, 2021, 00:45 Amazon.com &lt;bbb@amazon.com&gt; wrote:

&gt; Hello James Bowers,
&gt;
&gt; I'm Arun from Amazon.com. I'm writing in response to a complaint filed on
&gt; your behalf by the Better Business Bureau BBB - I've provided the BBB with
&gt; a copy of this message.
&gt;
&gt; I'm sorry for the inconvenience that you've had with the order delivery.
&gt;
&gt; I've already forwarded this issue to the appropriate team and it will take
&gt; time for their action to take effect and I'm sure that this issue will not
&gt; be repeated.
&gt;
&gt; Also, $15 is the best we can do in this case. We'll not be able to refund
&gt; the prime charges or any more compensation.
[Quoted text hidden]
&gt;
&gt; ---- Original message: ----
&gt;
&gt; I would like to add that once again today... Amazon failed in delivering a
&gt; package on time. I have attached screen shots. I expect a full year credit
&gt; for my amazon prime membership. If this can't be completed, my next steps
&gt; will be to file legal action in court presenting all the times amazon has
&gt; failed to deliver on its prime promise and not provide appropriate service.
&gt;
&gt; James Bowers
&gt;
&gt; On Sun, Jun 6, 2021, 01:53 Amazon.com &lt;bbb@amazon.com&gt; wrote:
&gt;
&gt; &gt; Hello James Bowers,
&gt; &gt;
&gt; &gt; I'm Arun from Amazon.com. I'm writing in response to a complaint
&gt; filed on
&gt; &gt; your behalf by the Better Business Bureau BBB - I've provided the BBB
&gt; &gt; with
&gt; &gt; a copy of this message.
&gt; &gt;
&gt; &gt; I've reviewed your complaint and understand your concern about the
&gt; &gt; order
&gt; &gt; delivery.
&gt; &gt;
&gt; &gt; I've forwarded this issue to the appropriate team for further review
&gt; &gt; on
&gt; &gt; it.
&gt; &gt;
&gt; &gt; Also, I've added $15 promo credit to your account for the
&gt; inconvenience
&gt; &gt; that you've experience so far.
&gt; &gt;
&gt; &gt; I'll surely take this as a feedback from you and will make sure that
&gt; this
&gt; &gt; is not repeated.
&gt; &gt;
&gt; &gt; Please feel free to contact us directly by replying to bbb@amazon.com
&gt; if
&gt; &gt; we can be of further assistance.
&gt; &gt;
&gt; &gt; =========================
&gt; &gt;
&gt; &gt; Information received date: 6/4/2021
&gt; &gt; =========================
&gt; &gt;
&gt; &gt; Case Description: I have purchased multiple items from amazon.com in

6/10/2021                    Gmail - Your Amazon.com Complaint #85 Contact ID:...

Case 2:21-cv-11542-DPH-EAS   ECF No. 1   PageID.35   Filed 07/01/21   Page 15 of 72

&gt; the
&gt; &gt; last month. Of these items, multiple of them have arrived outside of
&gt; the
&gt; &gt; promised delivery dates. Amazon.com is advertising delivery dates for
&gt; prime
&gt; &gt; members who have paid a membership fee per month. As one of those
&gt; members,
&gt; &gt; my items should arrive on time. However, once again tonight... My
&gt; order did
&gt; &gt; not arrive on time. Called customer support who hung up on me. When I
&gt; &gt; called again, the rep transferred me and then hung up the new agent
&gt; call.
&gt; &gt; Still my items have not arrived.
&gt; &gt;
&gt; &gt; Desired Settlement: Billing Adjustment
&gt; &gt;
&gt; &gt; =====================================================
&gt; &gt;
&gt; &gt; Regards,
&gt; &gt;
&gt; &gt; Arun
&gt; &gt; Amazon.com
&gt; &gt; http://www.amazon.com
&gt;

---

**James Bowers** <jbowers726@gmail.com>                                                  Mon, Jun 7, 2021 at 8:49 PM
To: bbb+AHIAVP0OLX5DT@amazon.com

So what you are saying is that you don't feel Amazon has committed any sort of wrong doing in the past year where they have promoted a service of 2 day or "prime" shipping and failed to provide that service in which I am a "subscriber." According to your policy, that is a guaranteed service. Any other company who provided a guarantee is required to provide a refund of the costs associated with that service. In this case, a prime membership.

Please confirm for me the following:

Does Amazon feel they have failed as a service provider?

Does Amazon feel they have not provided the shipping services as promoted on their site?

Does Amazon feel that their subscription service includes "prime" shipping?

Does Amazon really want to go to court?


I have obtained records from my account dating back 3 years where Amazon has failed to provide promised "prime" shipping. I will provide these documents to my attorney and we will be seeking a 3-5 year refund of my prime membership, a cancellation of all debt in my Amazon credit account, and damages as well as attorney fees associated with this case.

Clearly you have no intention of involving anyone on US Soil in this conversation. So they will just have to wait to see the legal paperwork presented and served on them. I will make sure your name is included as the reason they were not made aware of the situation before it made it's way to court.

James Bowers

> On Jun 7, 2021, at 8:43 PM, Amazon.com <bbb@amazon.com> wrote:
>
> Hello James Bowers,
>
> I'm Arun from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.
>
> We'll not be able to refund the complete year or prime charges James.
>
> That is the reason I've offered $15 promo credit which is the best I can do and added it to the account.
>
> I have already forwarded this issue to the appropriate team and they'll make sure that this issue is sorted.
>
> ===========================
>
> Information received date: 6/4/2021
>
> ===========================
>
> Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who

hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

====================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---- Original message: ----

So Amazon will collect a monthly service fee to provide "prime shipping"
but will not refund said fee when services are not provided under said
contract? If that is the case, this is breach of contract. I will provide
your response to my attorney who in turn will be filing a breach of
contract violation in US district court this week. We will seek class
action status on behalf of all prime users who you have breached contract
with. I recommend you escalate this to your US based corporate office
before we file such action.

James Bowers

On Mon, Jun 7, 2021, 00:45 Amazon.com &lt;bbb@amazon.com&gt; wrote:

&gt; Hello James Bowers,
&gt;
&gt; I'm Arun from Amazon.com. I'm writing in response to a complaint filed on
&gt; your behalf by the Better Business Bureau BBB - I've provided the BBB with
&gt; a copy of this message.
&gt;
&gt; I'm sorry for the inconvenience that you've had with the order delivery.
&gt;
&gt; I've already forwarded this issue to the appropriate team and it will take
&gt; time for their action to take effect and I'm sure that this issue will not
&gt; be repeated.
&gt;
&gt; Also, $15 is the best we can do in this case. We'll not be able to refund
&gt; the prime charges or any more compensation.
&gt;
&gt; ===========================
&gt;
&gt; Information received date: 6/4/2021
&gt;
&gt; ===========================
&gt;
&gt; Case Description: I have purchased multiple items from amazon.com in the
&gt; last month. Of these items, multiple of them have arrived outside of the
&gt; promised delivery dates. Amazon.com is advertising delivery dates for prime
&gt; members who have paid a membership fee per month. As one of those members,
&gt; my items should arrive on time. However, once again tonight... My order did
&gt; not arrive on time. Called customer support who hung up on me. When I
&gt; called again, the rep transferred me and then hung up the new agent call.
&gt; Still my items have not arrived.
&gt;
&gt; Desired Settlement: Billing Adjustment
&gt;
&gt; ====================================================
&gt;
&gt; Regards,
&gt;
&gt; Arun
&gt; Amazon.com
&gt; http://www.amazon.com
&gt;
&gt; ---- Original message: ----
&gt;
&gt; I would like to add that once again today... Amazon failed in delivering a
&gt; package on time. I have attached screen shots. I expect a full year credit
&gt; for my amazon prime membership. If this can't be completed, my next steps
&gt; will be to file legal action in court presenting all the times amazon has
&gt; failed to deliver on its prime promise and not provide appropriate service.
&gt;
&gt; James Bowers
&gt;
&gt; On Sun, Jun 6, 2021, 01:53 Amazon.com &lt;bbb@amazon.com&gt; wrote:

&gt;
&gt; &gt; Hello James Bowers,
&gt; &gt;
&gt; &gt; I'm Arun from Amazon.com. I'm writing in response to a complaint
&gt; filed on
&gt; &gt; your behalf by the Better Business Bureau BBB - I've provided the BBB
&gt; with
&gt; &gt; a copy of this message.
&gt; &gt;
&gt; &gt; I've reviewed your complaint and understand your concern about the
&gt; order
&gt; &gt; delivery.
&gt; &gt;
&gt; &gt; I've forwarded this issue to the appropriate team for further review
&gt; on
&gt; &gt; it.
&gt; &gt;
&gt; &gt; Also, I've added $15 promo credit to your account for the
&gt; inconvenience
&gt; &gt; that you've experience so far.
&gt; &gt;
&gt; &gt; I'll surely take this as a feedback from you and will make sure that
&gt; this
&gt; &gt; is not repeated.
&gt; &gt;
&gt; &gt; Please feel free to contact us directly by replying to bbb@amazon.com
&gt; if
&gt; &gt; we can be of further assistance.
&gt; &gt;
&gt; &gt; ==========================
&gt; &gt;
&gt; &gt; Information received date: 6/4/2021
&gt; &gt;
&gt; &gt; ==========================
&gt; &gt;
&gt; &gt; Case Description: I have purchased multiple items from amazon.com in
&gt; the
&gt; &gt; last month. Of these items, multiple of them have arrived outside of
&gt; the
&gt; &gt; promised delivery dates. Amazon.com is advertising delivery dates for
&gt; prime
&gt; &gt; members who have paid a membership fee per month. As one of those
&gt; members,
&gt; &gt; my items should arrive on time. However, once again tonight... My
&gt; order did
&gt; &gt; not arrive on time. Called customer support who hung up on me. When I
&gt; &gt; called again, the rep transferred me and then hung up the new agent
&gt; call.
&gt; &gt; Still my items have not arrived.
&gt; &gt;
&gt; &gt; Desired Settlement: Billing Adjustment
&gt; &gt;
&gt; &gt; =================================================
&gt; &gt;
&gt; &gt; Regards,
&gt; &gt;
&gt; &gt; Arun
&gt; &gt; Amazon.com
&gt; &gt; http://www.amazon.com
&gt;

---

**Amazon.com** <bbb@amazon.com>                                      Tue, Jun 8, 2021 at 4:44 AM
Reply-To: bbb+A1N27CIPQHIJXJ@amazon.com
To: jbowers726@gmail.com

Hello James Bowers,

I'm Arun from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

As informed earlier, we'll not be able to refund the complete prime charges and that is the reason I've offered $15 credit which is the best we can do.

Also, I apologize as the orders were delayed and this is due to the limited staffing at the logistic/carriers team and huge orders placed across the US and we are trying our best to get the items to the customer at the earliest.

I've issued the possible compensation from my end.

I've forwarded this issue to the appropriate team and will get back to you once I have an update on this issue.

=========================

Information received date: 6/4/2021

=========================

Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

=================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---- Original message: ----

So what you are saying is that you don't feel Amazon has committed any sort of wrong doing in the past year where they have promoted a service of 2 day or "prime" shipping and failed to provide that service in which I am a "subscriber." According to your policy, that is a guaranteed service. Any other company who provided a guarantee is required to provide a refund of the costs associated with that service. In this case, a prime membership.

Please confirm for me the following:

Does Amazon feel they have failed as a service provider?

Does Amazon feel they have not provided the shipping services as promoted on their site?

Does Amazon feel that their subscription service includes "prime" shipping?

Does Amazon really want to go to court?


I have obtained records from my account dating back 3 years where Amazon has failed to provide promised "prime" shipping. I will provide these documents to my attorney and we will be seeking a 3-5 year refund of my prime membership, a cancellation of all debt in my Amazon credit account, and damages as well as attorney fees associated with this case.

Clearly you have no intention of involving anyone on US Soil in this conversation. So they will just have to wait to see the legal paperwork presented and served on them.  I will make sure your name is included as the reason they were not made aware of the situation before it made it's way to court.

James Bowers

&gt; On Jun 7, 2021, at 8:43 PM, Amazon.com &lt;bbb@amazon.com&gt; wrote:
&gt;
&gt; Hello James Bowers,
&gt;
&gt; I'm Arun from Amazon.com &lt;http://amazon.com/&gt;. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.
&gt;
&gt; We'll not be able to refund the complete year or prime charges James.
&gt;
&gt; That is the reason I've offered $15 promo credit which is the best I can do and added it to the account.
&gt;
&gt; I have already forwarded this issue to the appropriate team and they'll make sure that this issue is sorted.
&gt;
&gt; =========================
&gt;
&gt; Information received date: 6/4/2021
&gt;
&gt; =========================
&gt;
&gt; Case Description: I have purchased multiple items from amazon.com &lt;http://amazon.com/&gt; in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com &lt;http://amazon.com/&gt; is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.
&gt;
&gt; Desired Settlement: Billing Adjustment

&gt;
&gt; =================================================
&gt;
&gt; Regards,
&gt;
&gt; Arun
&gt; Amazon.com &lt;http://amazon.com/&gt;
&gt; http://www.amazon.com &lt;http://www.amazon.com/&gt;
&gt;
&gt; ---- Original message: ----
&gt;
&gt; So Amazon will collect a monthly service fee to provide "prime shipping"
&gt; but will not refund said fee when services are not provided under said
&gt; contract? If that is the case, this is breach of contract. I will provide
&gt; your response to my attorney who in turn will be filing a breach of
&gt; contract violation in US district court this week. We will seek class
&gt; action status on behalf of all prime users who you have breached contract
&gt; with. I recommend you escalate this to your US based corporate office
&gt; before we file such action.
&gt;
&gt; James Bowers
&gt;
&gt; On Mon, Jun 7, 2021, 00:45 Amazon.com &lt;http://amazon.com/&gt; &lt;bbb@amazon.com &lt;mailto:bbb@amazon.com&gt;&gt; wrote:
&gt;
&gt; &gt; Hello James Bowers,
&gt; &gt;
&gt; &gt; I'm Arun from Amazon.com &lt;http://amazon.com/&gt;. I'm writing in response to a complaint filed on
&gt; &gt; your behalf by the Better Business Bureau BBB - I've provided the BBB with
&gt; &gt; a copy of this message.
&gt; &gt;
&gt; &gt; I'm sorry for the inconvenience that you've had with the order delivery.
&gt; &gt;
&gt; &gt; I've already forwarded this issue to the appropriate team and it will take
&gt; &gt; time for their action to take effect and I'm sure that this issue will not
&gt; &gt; be repeated.
&gt; &gt;
&gt; &gt; Also, $15 is the best we can do in this case. We'll not be able to refund
&gt; &gt; the prime charges or any more compensation.
&gt; &gt;
&gt; &gt; ==========================
&gt; &gt;
&gt; &gt; Information received date: 6/4/2021
&gt; &gt;
&gt; &gt; ==========================
&gt; &gt;
&gt; &gt; Case Description: I have purchased multiple items from amazon.com &lt;http://amazon.com/&gt; in the
&gt; &gt; last month. Of these items, multiple of them have arrived outside of the
&gt; &gt; promised delivery dates. Amazon.com &lt;http://amazon.com/&gt; is advertising delivery dates for prime
&gt; &gt; members who have paid a membership fee per month. As one of those members,
&gt; &gt; my items should arrive on time. However, once again tonight... My order did
&gt; &gt; not arrive on time. Called customer support who hung up on me. When I
&gt; &gt; called again, the rep transferred me and then hung up the new agent call.
&gt; &gt; Still my items have not arrived.
&gt; &gt;
&gt; &gt; Desired Settlement: Billing Adjustment
&gt; &gt;
&gt; &gt; =================================================
&gt; &gt;
&gt; &gt; Regards,
&gt; &gt;
&gt; &gt; Arun
&gt; &gt; Amazon.com &lt;http://amazon.com/&gt;
&gt; &gt; http://www.amazon.com &lt;http://www.amazon.com/&gt
&gt; &gt;
&gt; &gt; ---- Original message: ----
&gt; &gt;
&gt; &gt; I would like to add that once again today... Amazon failed in delivering a
&gt; &gt; package on time. I have attached screen shots. I expect a full year credit
&gt; &gt; for my amazon prime membership. If this can't be completed, my next steps
&gt; &gt; will be to file legal action in court presenting all the times amazon has
&gt; &gt; failed to deliver on its prime promise and not provide appropriate service.
&gt; &gt;
&gt; &gt; James Bowers
&gt; &gt;
&gt; &gt; On Sun, Jun 6, 2021, 01:53 Amazon.com &lt;http://amazon.com/&gt; &lt;bbb@amazon.com &lt;mailto:bbb@amazon.com&gt;&gt; wrote:
&gt; &gt;
&gt; &gt; &gt; Hello James Bowers,
&gt; &gt; &gt;

&gt; &gt; &gt; I'm Arun from Amazon.com. I'm writing in response to a complaint
&gt; &gt; &gt; filed on
&gt; &gt; &gt; your behalf by the Better Business Bureau BBB - I've provided the BBB
&gt; &gt; &gt; with
&gt; &gt; &gt; a copy of this message.
&gt; &gt; &gt;
&gt; &gt; &gt; I've reviewed your complaint and understand your concern about the
&gt; &gt; &gt; order
&gt; &gt; &gt; delivery.
&gt; &gt; &gt;
&gt; &gt; &gt; I've forwarded this issue to the appropriate team for further review
&gt; &gt; &gt; on
&gt; &gt; &gt; it.
&gt; &gt; &gt;
&gt; &gt; &gt; Also, I've added $15 promo credit to your account for the
&gt; &gt; inconvenience
&gt; &gt; &gt; that you've experience so far.
&gt; &gt; &gt;
&gt; &gt; &gt; I'll surely take this as a feedback from you and will make sure that
&gt; &gt; this
&gt; &gt; &gt; is not repeated.
&gt; &gt; &gt;
&gt; &gt; &gt; Please feel free to contact us directly by replying to bbb@amazon.com
&gt; &gt; &gt; if
&gt; &gt; &gt; we can be of further assistance.
&gt; &gt; &gt;
&gt; &gt; &gt; ==========================
&gt; &gt; &gt;
&gt; &gt; &gt; Information received date: 6/4/2021
&gt; &gt; &gt;
&gt; &gt; &gt; ==========================
&gt; &gt; &gt;
&gt; &gt; &gt; Case Description: I have purchased multiple items from amazon.com in
&gt; &gt; the
&gt; &gt; &gt; last month. Of these items, multiple of them have arrived outside of
&gt; &gt; the
&gt; &gt; &gt; promised delivery dates. Amazon.com is advertising delivery dates for
&gt; &gt; prime
&gt; &gt; &gt; members who have paid a membership fee per month. As one of those
&gt; &gt; members,
&gt; &gt; &gt; my items should arrive on time. However, once again tonight... My
&gt; &gt; order did
&gt; &gt; &gt; not arrive on time. Called customer support who hung up on me. When I
&gt; &gt; &gt; called again, the rep transferred me and then hung up the new agent
&gt; &gt; &gt; call.
&gt; &gt; &gt; Still my items have not arrived.
&gt; &gt; &gt;
&gt; &gt; &gt; Desired Settlement: Billing Adjustment
&gt; &gt; &gt;
&gt; &gt; &gt; ====================================================
&gt; &gt; &gt;
&gt; &gt; &gt; Regards,
&gt; &gt; &gt;
&gt; &gt; &gt; Arun
&gt; &gt; &gt; Amazon.com &lt;http://amazon.com/&gt;
&gt; &gt; &gt; http://www.amazon.com &lt;http://www.amazon.com/&gt;
&gt; &gt;

---

**James Bowers** <jbowers726@gmail.com>                                      Tue, Jun 8, 2021 at 8:05 AM
To: bbb+A1N27CIPQHIJXJ@amazon.com

These questions remain unanswered

Please confirm for me the following:

Does Amazon feel they have failed as a service provider?

Does Amazon feel they have not provided the shipping services as promoted on their site?

Does Amazon feel that their subscription service includes "prime" shipping?

Does Amazon really want to go to court?
[Quoted text hidden]

---

**Amazon.com** <bbb@amazon.com>                                              Tue, Jun 8, 2021 at 8:46 PM
Reply-To: bbb+A3KMZFKQHUDERP@amazon.com

To: jbowers726@gmail.com

Hello James Bowers,

I'm Arun from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

I would like to inform you that some times the orders do get delayed and there are various factors which cause the delivery issues James. It depends on the items ordered or the carrier assigned to deliver or the item availability etc.

I would say no we have not failed as a service provider as we are trying our best to get the orders delivered to the customers at the earliest possible even in the pandemic situation.

I'm sorry that you've had issues with the order delivery. However, we'll make sure that this is not repeated.

I cannot comment on your last question but I've helped you with the possible action from my end as requested(compensation).

==========================

Information received date: 6/4/2021

==========================

Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

===================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---- Original message: ----

These questions remain unanswered

Please confirm for me the following:

Does Amazon feel they have failed as a service provider?

Does Amazon feel they have not provided the shipping services as promoted on their site?

Does Amazon feel that their subscription service includes "prime" shipping?

Does Amazon really want to go to court?

On Tue, Jun 8, 2021, 04:44 Amazon.com &lt;bbb@amazon.com&gt; wrote:

&gt; Hello James Bowers,
&gt;
&gt; I'm Arun from Amazon.com. I'm writing in response to a complaint filed on
&gt; your behalf by the Better Business Bureau BBB - I've provided the BBB with
&gt; a copy of this message.
&gt;
&gt; As informed earlier, we'll not be able to refund the complete prime
&gt; charges and that is the reason I've offered $15 credit which is the best we
&gt; can do.
&gt;
&gt; Also, I apologize as the orders were delayed and this is due to the
&gt; limited staffing at the logistic/carriers team and huge orders placed
&gt; across the US and we are trying our best to get the items to the customer
&gt; at the earliest.
&gt;
&gt; I've issued the possible compensation from my end.
&gt;
&gt; I've forwarded this issue to the appropriate team and will get back to you
&gt; once I have an update on this issue.
&gt;
&gt; ==========================
&gt;
&gt; Information received date: 6/4/2021

&gt;
&gt; =========================
&gt;
&gt; Case Description: I have purchased multiple items from amazon.com in the
&gt; last month. Of these items, multiple of them have arrived outside of the
&gt; promised delivery dates. Amazon.com is advertising delivery dates for prime
&gt; members who have paid a membership fee per month. As one of those members,
&gt; my items should arrive on time. However, once again tonight... My order did
&gt; not arrive on time. Called customer support who hung up on me. When I
&gt; called again, the rep transferred me and then hung up the new agent call.
&gt; Still my items have not arrived.
&gt;
&gt; Desired Settlement: Billing Adjustment
&gt;
&gt; =================================================
&gt;
&gt; Regards,
&gt;
&gt; Arun
&gt; Amazon.com
&gt; http://www.amazon.com
&gt;
&gt; ---- Original message: ----
&gt;
&gt; So what you are saying is that you don't feel Amazon has committed any
&gt; sort of wrong doing in the past year where they have promoted a service of
&gt; 2 day or "prime" shipping and failed to provide that service in which I am
&gt; a "subscriber." According to your policy, that is a guaranteed service. Any
&gt; other company who provided a guarantee is required to provide a refund of
&gt; the costs associated with that service. In this case, a prime membership.
&gt;
&gt; Please confirm for me the following:
&gt;
&gt; Does Amazon feel they have failed as a service provider?
&gt;
&gt; Does Amazon feel they have not provided the shipping services as promoted
&gt; on their site?
&gt;
&gt; Does Amazon feel that their subscription service includes "prime" shipping?
&gt;
&gt; Does Amazon really want to go to court?
&gt;
&gt;
&gt; I have obtained records from my account dating back 3 years where Amazon
&gt; has failed to provide promised "prime" shipping. I will provide these
&gt; documents to my attorney and we will be seeking a 3-5 year refund of my
&gt; prime membership, a cancellation of all debt in my Amazon credit account,
&gt; and damages as well as attorney fees associated with this case.
&gt;
&gt; Clearly you have no intention of involving anyone on US Soil in this
&gt; conversation. So they will just have to wait to see the legal paperwork
&gt; presented and served on them.  I will make sure your name is included as
&gt; the reason they were not made aware of the situation before it made it's
&gt; way to court.
&gt;
&gt; James Bowers
&gt;
&gt; &gt; On Jun 7, 2021, at 8:43 PM, Amazon.com &lt;bbb@amazon.com&gt; wrote:
&gt; &gt;
&gt; &gt; Hello James Bowers,
&gt; &gt;
&gt; &gt; I'm Arun from Amazon.com &lt;http://amazon.com/&gt;. I'm writing in
&gt; response to a complaint filed on your behalf by the Better Business Bureau
&gt; BBB - I've provided the BBB with a copy of this message.
&gt; &gt;
&gt; &gt; We'll not be able to refund the complete year or prime charges James.
&gt; &gt;
&gt; &gt; That is the reason I've offered $15 promo credit which is the best I
&gt; can do and added it to the account.
&gt; &gt;
&gt; &gt; I have already forwarded this issue to the appropriate team and
&gt; they'll make sure that this issue is sorted.
&gt; &gt;
&gt; &gt; =========================
&gt; &gt;
&gt; &gt; Information received date: 6/4/2021
&gt; &gt;

&gt; &gt; ==========================
&gt; &gt;
&gt; &gt; Case Description: I have purchased multiple items from amazon.com
&gt; &lt;http://amazon.com/&gt; in the last month. Of these items, multiple of
&gt; them have arrived outside of the promised delivery dates. Amazon.com &lt;
&gt; http://amazon.com/&gt; is advertising delivery dates for prime members
&gt; who have paid a membership fee per month. As one of those members, my items
&gt; should arrive on time. However, once again tonight... My order did not
&gt; arrive on time. Called customer support who hung up on me. When I called
&gt; again, the rep transferred me and then hung up the new agent call. Still my
&gt; items have not arrived.
&gt; &gt;
&gt; &gt; Desired Settlement: Billing Adjustment
&gt; &gt;
&gt; &gt; ===================================================
&gt; &gt;
&gt; &gt; Regards,
&gt; &gt;
&gt; &gt; Arun
&gt; &gt; Amazon.com &lt;http://amazon.com/&gt;
&gt; &gt; http://www.amazon.com &lt;http://www.amazon.com/&gt;
&gt; &gt;
&gt; &gt; ---- Original message: ----
&gt; &gt;
&gt; &gt; So Amazon will collect a monthly service fee to provide "prime
&gt; shipping"
&gt; &gt; but will not refund said fee when services are not provided under said
&gt; &gt; contract? If that is the case, this is breach of contract. I will
&gt; provide
&gt; &gt; your response to my attorney who in turn will be filing a breach of
&gt; &gt; contract violation in US district court this week. We will seek class
&gt; &gt; action status on behalf of all prime users who you have breached
&gt; contract
&gt; &gt; with. I recommend you escalate this to your US based corporate office
&gt; &gt; before we file such action.
&gt; &gt;
&gt; &gt; James Bowers
&gt; &gt;
&gt; &gt; On Mon, Jun 7, 2021, 00:45 Amazon.com &lt;http://amazon.com/&gt; &
&gt; lt;bbb@amazon.com &lt;mailto:bbb@amazon.com&gt;&gt; wrote:
&gt; &gt;
&gt; &gt; &gt; Hello James Bowers,
&gt; &gt; &gt;
&gt; &gt; &gt; I'm Arun from Amazon.com &lt;http://amazon.com/&gt;. I'm
&gt; writing in response to a complaint filed on
&gt; &gt; &gt; your behalf by the Better Business Bureau BBB - I've provided
&gt; the BBB with
&gt; &gt; &gt; a copy of this message.
&gt; &gt; &gt;
&gt; &gt; &gt; I'm sorry for the inconvenience that you've had with the order
&gt; delivery.
&gt; &gt; &gt;
&gt; &gt; &gt; I've already forwarded this issue to the appropriate team and it
&gt; will take
&gt; &gt; &gt; time for their action to take effect and I'm sure that this
&gt; issue will not
&gt; &gt; &gt; be repeated.
&gt; &gt; &gt;
&gt; &gt; &gt; Also, $15 is the best we can do in this case. We'll not be able
&gt; to refund
&gt; &gt; &gt; the prime charges or any more compensation.
&gt; &gt; &gt;
&gt; &gt; &gt; ==========================
&gt; &gt; &gt;
&gt; &gt; &gt; Information received date: 6/4/2021
&gt; &gt; &gt;
&gt; &gt; &gt; ==========================
&gt; &gt; &gt;
&gt; &gt; &gt; Case Description: I have purchased multiple items from
&gt; amazon.com &lt;http://amazon.com/&gt; in the
&gt; &gt; &gt; last month. Of these items, multiple of them have arrived
&gt; outside of the
&gt; &gt; &gt; promised delivery dates. Amazon.com &lt;http://amazon.com/&gt;
&gt; is advertising delivery dates for prime
&gt; &gt; &gt; members who have paid a membership fee per month. As one of
&gt; those members,
&gt; &gt; &gt; my items should arrive on time. However, once again tonight...
&gt; My order did

&gt; &gt; &gt; not arrive on time. Called customer support who hung up on me.
&gt; When I
&gt; &gt; &gt; called again, the rep transferred me and then hung up the new
&gt; agent call.
&gt; &gt; &gt; Still my items have not arrived.
&gt; &gt; &gt;
&gt; &gt; &gt; Desired Settlement: Billing Adjustment
&gt; &gt; &gt;
&gt; &gt; &gt; =================================================
&gt; &gt; &gt;
&gt; &gt; &gt; Regards,
&gt; &gt; &gt;
&gt; &gt; &gt; Arun
&gt; &gt; &gt; Amazon.com &lt;http://amazon.com/&gt;
&gt; &gt; &gt; http://www.amazon.com &lt;http://www.amazon.com/&gt;
&gt; &gt; &gt;
&gt; &gt; &gt; ---- Original message: ----
&gt; &gt; &gt;
&gt; &gt; &gt; I would like to add that once again today... Amazon failed in
&gt; delivering a
&gt; &gt; &gt; package on time. I have attached screen shots. I expect a full
&gt; year credit
&gt; &gt; &gt; for my amazon prime membership. If this can't be completed, my
&gt; next steps
&gt; &gt; &gt; will be to file legal action in court presenting all the times
&gt; amazon has
&gt; &gt; &gt; failed to deliver on its prime promise and not provide
&gt; appropriate service.
&gt; &gt; &gt;
&gt; &gt; &gt; James Bowers
&gt; &gt; &gt;
&gt; &gt; &gt; On Sun, Jun 6, 2021, 01:53 Amazon.com &lt;http://amazon.com/&gt;
&gt; &lt;bbb@amazon.com &lt;mailto:bbb@amazon.com&gt;&gt; wrote:
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Hello James Bowers,
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; I'm Arun from Amazon.com. I'm writing in response to a
&gt; complaint
&gt; &gt; &gt; filed on
&gt; &gt; &gt; &gt; your behalf by the Better Business Bureau BBB - I've
&gt; provided the BBB
&gt; &gt; &gt; with
&gt; &gt; &gt; &gt; a copy of this message.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; I've reviewed your complaint and understand your concern
&gt; about the
&gt; &gt; &gt; &gt; order
&gt; &gt; &gt; &gt; delivery.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; I've forwarded this issue to the appropriate team for
&gt; further review
&gt; &gt; &gt; &gt; on
&gt; &gt; &gt; &gt; it.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Also, I've added $15 promo credit to your account for the
&gt; &gt; &gt; &gt; inconvenience
&gt; &gt; &gt; &gt; that you've experience so far.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; I'll surely take this as a feedback from you and will make
&gt; sure that
&gt; &gt; &gt; &gt; this
&gt; &gt; &gt; &gt; is not repeated.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Please feel free to contact us directly by replying to
&gt; bbb@amazon.com
&gt; &gt; &gt; &gt; if
&gt; &gt; &gt; &gt; we can be of further assistance.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; ============================
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Information received date: 6/4/2021
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; ============================
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Case Description: I have purchased multiple items from
&gt; amazon.com in
&gt; &gt; &gt; &gt; the
&gt; &gt; &gt; &gt; last month. Of these items, multiple of them have arrived

&gt; outside of
&gt; &gt; &gt; the
&gt; &gt; &gt; &gt; promised delivery dates. Amazon.com is advertising delivery
&gt; dates for
&gt; &gt; &gt; prime
&gt; &gt; &gt; &gt; members who have paid a membership fee per month. As one of
&gt; those
&gt; &gt; &gt; members,
&gt; &gt; &gt; &gt; my items should arrive on time. However, once again
&gt; tonight... My
&gt; &gt; &gt; order did
&gt; &gt; &gt; &gt; not arrive on time. Called customer support who hung up on
&gt; me. When I
&gt; &gt; &gt; &gt; called again, the rep transferred me and then hung up the
&gt; new agent
&gt; &gt; &gt; call.
&gt; &gt; &gt; &gt; Still my items have not arrived.
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Desired Settlement: Billing Adjustment
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; =====================================================
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Regards,
&gt; &gt; &gt; &gt;
&gt; &gt; &gt; &gt; Arun
&gt; &gt; &gt; &gt; Amazon.com &lt;http://amazon.com/&gt;
&gt; &gt; &gt; &gt; http://www.amazon.com &lt;http://www.amazon.com/&gt;
&gt; &gt; &gt;
&gt;
&gt;



Deliver to James
**Grand Blanc 48439**

All ▾

Hello, James
**Account & Lists** ▾

Returns
**& Orders**

**0**

All    Customer Service    Livestreams    Buy Again    Prime Video    James's Amazon.com    Shopper Toolkit    Whole Foods    **Prime Day is June 21 & 22**

# Help & Customer Service

‹ All Help Topics

## Legal Policies

**Conditions of Use**

Amazon.com Privacy Notice

Amazon Group Companies

Non-Exhaustive List of Applicable
Amazon Patents and Applicable
Licensed Patents

Non-Exhaustive List of Amazon
Trademarks

Amazon.com Gift Card and
Electronic Message
Customization Service Terms

### Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return
items

 **Manage Prime**
Cancel or view
benefits

 **Payment Settings**
Add or edit payment
methods

 **Carrier Info**
Shipping carrier
information

 **Account Settings**
Change email or
password

## Find more solutions

Security and Privacy › Legal Policies ›

# Conditions of Use

**Last updated: May 3, 2021**

Welcome to Amazon.com. Amazon.com Services LLC and/or its affiliates ("Amazon") provide website features and other products and services to you when you visit or shop at Amazon.com, use Amazon products or services, use Amazon applications for mobile, or use software provided by Amazon in connection with any of the foregoing (collectively, "Amazon Services"). By using the Amazon Services, you agree, on behalf of yourself and all members of your household and others who use any Service under your account, to the following conditions.

## Please read these conditions carefully.

We offer a wide range of Amazon Services, and sometimes additional terms may apply. When you use an Amazon Service (for example, Your Profile, Gift Cards, Amazon Video, Your Media Library, Amazon devices, or Amazon applications) you also will be subject to the guidelines, terms and agreements applicable to that Amazon Service ("Service Terms"). If these Conditions of Use are inconsistent with the Service Terms, those Service Terms will control.

## PRIVACY

Please review our Privacy Notice, which also governs your use of Amazon Services, to understand our practices.

## ELECTRONIC COMMUNICATIONS

When you use Amazon Services, or send e-mails, text messages, and other communications from your desktop or mobile device to us, you may be communicating with us electronically. You consent to receive communications from us electronically, such as e-mails, texts, mobile push notices, or notices and messages on this site or through the other Amazon Services, such as our Message Center, and you can retain copies of these communications for your records. You agree that all agreements, notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## COPYRIGHT

All content included in or made available through any Amazon Service, such as text, graphics, logos, button icons, images, audio clips, digital downloads, data compilations, and software is the property of Amazon or its content suppliers and protected by United States and international copyright laws. The compilation of all content included in or made available through any Amazon Service is the exclusive property of Amazon and protected by U.S. and international copyright laws.

## TRADEMARKS

Click here to see a non-exhaustive list of Amazon trademarks. In addition, graphics, logos, page headers, button icons, scripts, and service names included in or made available through any Amazon Service are trademarks or trade dress of Amazon in the U.S. and other countries. Amazon's trademarks and trade dress may not be used in connection with any product or service that is not Amazon's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits Amazon. All other trademarks not owned by Amazon that appear in any Amazon Service are the property of their respective owners, who may or may not be affiliated with, connected to, or sponsored by Amazon.

## PATENTS

One or more patents owned by Amazon apply to the Amazon Services and to the features and services accessible via the Amazon Services. Portions of the Amazon Services operate under license of

one or more patents. Click here to see a non-exhaustive list of applicable Amazon patents and applicable licensed patents.

## LICENSE AND ACCESS

Subject to your compliance with these Conditions of Use and any Service Terms, and your payment of any applicable fees, Amazon or its content providers grant you a limited, non-exclusive, non-transferable, non-sublicensable license to access and make personal and non-commercial use of the Amazon Services. This license does not include any resale or commercial use of any Amazon Service, or its contents; any collection and use of any product listings, descriptions, or prices; any derivative use of any Amazon Service or its contents; any downloading, copying, or other use of account information for the benefit of any third party; or any use of data mining, robots, or similar data gathering and extraction tools. All rights not expressly granted to you in these Conditions of Use or any Service Terms are reserved and retained by Amazon or its licensors, suppliers, publishers, rightsholders, or other content providers. No Amazon Service, nor any part of any Amazon Service, may be reproduced, duplicated, copied, sold, resold, visited, or otherwise exploited for any commercial purpose without express written consent of Amazon. You may not frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Amazon without express written consent. You may not use any meta tags or any other "hidden text" utilizing Amazon's name or trademarks without the express written consent of Amazon. You may not misuse the Amazon Services. You may use the Amazon Services only as permitted by law. The licenses granted by Amazon terminate if you do not comply with these Conditions of Use or any Service Terms.

## YOUR ACCOUNT

You may need your own Amazon account to use certain Amazon Services, and you may be required to be logged in to the account and have a valid payment method associated with it. If there is a problem charging your selected payment method, we may charge any other valid payment method associated with your account. Visit Your Payments to manage your payment options. You are responsible for maintaining the confidentiality of your account and password and for restricting access to your account, and you agree to accept responsibility for all activities that occur under your account or password. Amazon does sell products for children, but it sells them to adults, who can purchase with a credit card or other permitted payment method. If you are under 18, you may use the Amazon Services only with involvement of a parent or guardian. Parents and guardians may create profiles for teenagers in their Amazon Household. Alcohol listings on Amazon are intended for adults. You must be at least 21 years of age to purchase alcohol, or use any site functionality related to alcohol. Amazon reserves the right to refuse service, terminate accounts, terminate your rights to use Amazon Services, remove or edit content, or cancel orders in its sole discretion.

## REVIEWS, COMMENTS, COMMUNICATIONS, AND OTHER CONTENT

You may post reviews, comments, photos, videos, and other content; send e-cards and other communications; and submit suggestions, ideas, comments, questions, or other information, so long as the content is not illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights (including publicity rights), or otherwise injurious to third parties or objectionable, and does not consist of or contain software viruses, political campaigning, commercial solicitation, chain letters, mass mailings, or any form of "spam" or unsolicited commercial electronic messages. You may not use a false e-mail address, impersonate any person or entity, or otherwise mislead as to the origin of a card or other content. Amazon reserves the right (but not the obligation) to remove or edit such content, but does not regularly review posted content.

If you do post content or submit material, and unless we indicate otherwise, you grant Amazon a nonexclusive, royalty-free, perpetual, irrevocable, and fully sublicensable right to use, reproduce, modify, adapt, publish, perform, translate, create derivative works from, distribute, and display such content throughout the world in any media. You grant Amazon and sublicensees the right to use the name that you submit in connection with such content, if they choose. You represent and warrant that you own or otherwise control all of the rights to the content that you post; that the content is accurate; that use of the content you supply does not violate this policy and will not cause injury to any person or entity; and that you will indemnify Amazon for all claims resulting from content you supply. Amazon has the right but not the obligation to monitor and edit or remove any activity or content. Amazon takes no responsibility and assumes no liability for any content posted by you or any third party.

## INTELLECTUAL PROPERTY COMPLAINTS

Amazon respects the intellectual property of others. If you believe that your intellectual property rights are being infringed, please follow our Notice and Procedure for Making Claims of Copyright Infringement

## RISK OF LOSS

All purchases of physical items from Amazon are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier.

## RETURNS, REFUNDS AND TITLE

Amazon does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Amazon does not take title to the refunded item. For more information about our returns and refunds, please see our [Returns Center.](#)

## PRODUCT DESCRIPTIONS

Amazon attempts to be as accurate as possible. However, Amazon does not warrant that product descriptions or other content of any Amazon Service is accurate, complete, reliable, current, or error-free. If a product offered by Amazon itself is not as described, your sole remedy is to return it in unused condition.

## PRICING

"List Price" means the suggested retail price of a product as provided by a manufacturer, supplier, or seller. We regularly check List Prices against prices recently found on Amazon and other retailers. Certain products may have a "Was Price" displayed, which is determined using recent price history of the product on Amazon.

With respect to items sold by Amazon, we cannot confirm the price of an item until you order. Despite our best efforts, a small number of the items in our catalog may be mispriced. If the correct price of an item sold by Amazon is higher than our stated price, we will, at our discretion, either contact you for instructions before shipping or cancel your order and notify you of such cancellation. Other merchants may follow different policies in the event of a mispriced item.

We generally do not charge your credit card until after your order has entered the shipping process or, for digital products, until we make the digital product available to you.

## APP PERMISSIONS

When you use apps created by Amazon, such as the Amazon App or Kindle App, you may grant certain permissions to us for your device. Most mobile devices provide you with information about these permissions. To learn more about these permissions, [click here.](#)

## SANCTIONS AND EXPORT POLICY

You may not use any Amazon Service if you are the subject of U.S. sanctions or of sanctions consistent with U.S. law imposed by the governments of the country where you are using Amazon Services. You must comply with all U.S. or other export and re-export restrictions that may apply to goods, software (including Amazon Software), technology, and services.

## OTHER BUSINESSES

Parties other than Amazon operate stores, provide services or software, or sell product lines through the Amazon Services. In addition, we provide links to the sites of affiliated companies and certain other businesses. If you purchase any of the products or services offered by these businesses or individuals, you are purchasing directly from those third parties, not from Amazon. We are not responsible for examining or evaluating, and we do not warrant, the offerings of any of these businesses or individuals (including the content of their Web sites). Amazon does not assume any responsibility or liability for the actions, product, and content of all these and any other third parties. You should carefully review their privacy statements and other conditions of use.

## DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THE AMAZON SERVICES AND ALL INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) AND OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES ARE PROVIDED BY AMAZON ON AN "AS IS" AND "AS AVAILABLE" BASIS, UNLESS OTHERWISE SPECIFIED IN WRITING. AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, AS TO THE OPERATION OF THE AMAZON SERVICES, OR THE INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, UNLESS OTHERWISE SPECIFIED IN WRITING. YOU EXPRESSLY AGREE THAT YOUR USE OF THE AMAZON SERVICES IS AT YOUR SOLE RISK.

TO THE FULL EXTENT PERMISSIBLE BY LAW, AMAZON DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. AMAZON DOES NOT WARRANT THAT THE AMAZON SERVICES, INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THE AMAZON SERVICES, AMAZON'S SERVERS OR ELECTRONIC COMMUNICATIONS SENT FROM AMAZON ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. TO THE FULL EXTENT PERMISSIBLE BY LAW, AMAZON WILL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF ANY AMAZON SERVICE, OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS (INCLUDING SOFTWARE) OR OTHER SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU

THROUGH ANY AMAZON SERVICE, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, AND CONSEQUENTIAL DAMAGES, UNLESS OTHERWISE SPECIFIED IN WRITING.

## DISPUTES

Any dispute or claim relating in any way to your use of any Amazon Service will be adjudicated in the state or Federal courts in King County, Washington, and you consent to exclusive jurisdiction and venue in these courts. We each waive any right to a jury trial.

## APPLICABLE LAW

By using any Amazon Service, you agree that applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.

## SITE POLICIES, MODIFICATION, AND SEVERABILITY

Please review our other policies, such as our pricing policy, posted on this site. These policies also govern your use of Amazon Services. We reserve the right to make changes to our site, policies, Service Terms, and these Conditions of Use at any time. If any of these conditions shall be deemed invalid, void, or for any reason unenforceable, that condition shall be deemed severable and shall not affect the validity and enforceability of any remaining condition.

## OUR ADDRESS

```
Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226
```
https://www.amazon.com

## ADDITIONAL AMAZON SOFTWARE TERMS

The following terms ("Software Terms") apply to any software (including any updates or upgrades to the software) and any related documentation we make available to you in connection with Amazon Services (the "Amazon Software").

1. **Use of the Amazon Software.** You may use Amazon Software solely for purposes of enabling you to use the Amazon Services as provided by Amazon, and as permitted by these Conditions of Use and any Service Terms. You may not incorporate any portion of the Amazon Software into other programs or compile any portion of it in combination with other programs, or otherwise copy (except to exercise rights granted in this section), modify, create derivative works of, distribute, assign any rights to, or license the Amazon Software in whole or in part. All software used in any Amazon Service is the property of Amazon or its software suppliers and is protected by United States and international copyright laws.

2. **Use of Third Party Services.** When you use the Amazon Software, you may also be using the services of one or more third parties, such as a wireless carrier or a mobile software provider. Your use of these third party services may be subject to the separate policies, terms of use, and fees of these third parties.

3. **No Reverse Engineering.** You may not reverse engineer, decompile or disassemble, tamper with, or bypass any security associated with the Amazon Software, whether in whole or in part.

4. **Updates.** We may offer automatic or manual updates to the Amazon Software at any time and without notice to you.

5. **Government End Users.** If you are a U.S. Government end user, we are licensing the Amazon Software to you as a "Commercial Item" as that term is defined in the U.S. Code of Federal Regulations (see 48 C.F.R. § 2.101), and the rights we grant you to the Amazon Software are the same as the rights we grant to all others under these Conditions of Use.

6. **Conflicts.** In the event of any conflict between these Conditions of Use and any other Amazon or third-party terms applicable to any portion of Amazon Software, such as open-source license terms, such other terms will control as to that portion of the Amazon Software and to the extent of the conflict.

## HOW TO SERVE A SUBPOENA OR OTHER LEGAL PROCESS

Amazon accepts service of subpoenas or other legal process only through Amazon's national registered agent, Corporation Service Company (CSC). Subpoenas or other legal process may be served by sending them to CSC at the following address:

```
Amazon.com, Inc.
Corporation Service Company
300 Deschutes Way SW, Suite 208 MC-CSC1
```

Tumwater, WA 98501
Attn: Legal Department – Legal Process

Please note also that providing detailed and accurate information at the outset will facilitate efficient processing of your request. That information will include, for example, e-mail and/or credit card number used to make purchases for retail purchase information; the name, e-mail, and physical address of a seller for seller information; device serial number for Amazon devices; and IP address and complete time stamps.

## NOTICE AND PROCEDURE FOR MAKING CLAIMS OF INTELLECTUAL PROPERTY INFRINGEMENT

If you believe that your intellectual property rights have been infringed, please submit your complaint using our online form. This form may be used to report all types of intellectual property claims including, but not limited to, copyright, trademark, and patent claims.

We respond quickly to the concerns of rights owners about any alleged infringement, and we terminate repeat infringers in appropriate circumstances.

We offer the following alternative to our online form for copyright complaints only. You may submit written claims of copyright infringement to our Copyright Agent at:

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
e-mail: copyright@amazon.com

Courier address:
Copyright Agent
Amazon.com Legal Department
2021 7th Avenue
Seattle, WA 98121
USA

Written claims concerning copyright infringement must include the following information:

- A physical or electronic signature of the person authorized to act on behalf of the owner of the copyright interest;
- A description of the copyrighted work that you claim has been infringed upon;
- A description of where the material that you claim is infringing is located on the site;
- Your address, telephone number, and e-mail address;
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and
- A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

Was this information helpful?

Yes    No

Back to top

Get to Know Us

Careers

Blog

About Amazon

Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Sustainability
Press Center
Investor Relations
Amazon Devices

Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

| English | United States |
|---------|---------------|

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital
Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors
App
Real-Time
Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy Simplified

Amazon
Renewed
Like-new
products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

 Gmail

James Bowers <jbowers726@gmail.com>

## Your Amazon.com Order #112-8296635-5373041
3 messages

**Amazon.com** <bbb@amazon.com>                                                        Wed, Jun 9, 2021 at 9:38 PM
Reply-To: bbb+A3JO5073PVFWH9@amazon.com
To: jbowers726@gmail.com

Hello James Bowers,

I'm Arun from Amazon.com.

The order you are referring is a seller fulfilled order James.

Shipping and delivery for seller fulfilled orders will be completely handled by the seller and we'll not be able to take any action on it from our end.

Also, I see that the refund for the Order ID: 112-8296635-5373041 has been processed through A-Z claim on Monday, June 8, 2020 at 10:50 AM (PDT).

However, I've already forwarded the order delivery issues for the orders fulfilled by Amazon to the appropriate team and it will be sorted for sure.
===========================

Information received date: 6/4/2021

===========================

Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

=====================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---- Original message: ----


Jeff,

Hello,

I reached out to you on June 8th of 2020 without a response. I have had nothing but issues with Amazon since this time. I am currently preparing legal action paperwork regarding my amazon prime membership, failed packages, fraud, and false advertising at amazon.

I am trying my best to resolve this without taking it to Federal District Court, but I seem to have no choice. You BBB time in india doesn't help at all, your customer service centers are useless 99.9% of the time and since June of 2020, you have not responded to any sort of emails.

I will give this a final opportunity, but I am currently planning to file the legal action Monday June 14th, 2020.

James E. Bowers
810-265-2144

On Mon, Jun 8, 2020 at 1:51 PM James Bowers &lt;jbowers726@gmail.com&lt;mailto:jbowers726@gmail.com&gt;&gt; wrote:
Jeff,

I purchased hand sanitizer from Amazon back on April 21st. This was a time when you ordered it while you could, even if there was a delay in shipping it.

Here we are June 8th. I have contacted the seller at least a dozen times with email evidence of such. In each contact, they reply with the same generic answer. "It's shipped, we can't help you", yet the items' tracking shows it never left their warehouse.

I have contacted Amazon customer support with almost no help. I have contacted the BBB and your "BBB Team" has been zero help in getting my refund.... or blocking this seller from any more fraud. If you look at their item reviews.... it's clearly a fraud account, and yet Amazon will not give me my money back or shut down the seller or both.

Enough is enough... Amazon makes Billions a year... It's time to get something done! When I can barely live paycheck to paycheck, yet your company makes millions in profits! I think it should be no issue to refund someone's money when an incident like this occurs. I have already filed a notice with the Michigan Attorney General's office. My next step is to file legal action to recover not only the cost, interest, and time as well as attorney costs to recover this money.

This is my last attempt to get my refund, plus interest to my bank account at this point.

Feel free to contact me at 810-265-2144 or my email jbowers726@gmail.com&lt;mailto:jbowers726@gmail.com&gt;

James Bowers

Order # 112-8296635-5373041

---

**James Bowers** <jbowers726@gmail.com>                                          Wed, Jun 9, 2021 at 10:07 PM
To: bbb+A3JO5073PVFWH9@amazon.com

So your response has provided me with the legal information I needed. I will be providing these communications along with additional documents to be supeonaed by my attorney. It is clear that this Billionaire has no interest in settling this matter with me... So therefore, we will proceed with our legal claim of $82,000 plus court and attorney fees. I will submit the documents to the court by the end of the week.
[Quoted text hidden]

---

**Amazon.com** <bbb@amazon.com>                                                 Thu, Jun 10, 2021 at 1:06 AM
Reply-To: bbb+A1TQ1I68U483B@amazon.com
To: jbowers726@gmail.com

Hello James Bowers,

I'm Arun from Amazon.com.

I've provided the required information for the issue and also compensated the possible credit in this case.

However, we'll not be able to offer any additional insight or action on these matters, and any further inquiries on this matter will not receive a response.

===========================

Information received date: 6/4/2021

===========================

Case Description: I have purchased multiple items from amazon.com in the last month. Of these items, multiple of them have arrived outside of the promised delivery dates. Amazon.com is advertising delivery dates for prime members who have paid a membership fee per month. As one of those members, my items should arrive on time. However, once again tonight... My order did not arrive on time. Called customer support who hung up on me. When I called again, the rep transferred me and then hung up the new agent call. Still my items have not arrived.

Desired Settlement: Billing Adjustment

===================================================

Regards,

Arun
Amazon.com
http://www.amazon.com

---- Original message: ----

So your response has provided me with the legal information I needed. I
will be providing these communications along with additional documents to
be supeonaed by my attorney. It is clear that this Billionaire has no
interest in settling this matter with me... So therefore, we will proceed
with our legal claim of $82,000 plus court and attorney fees. I will submit
the documents to the court by the end of the week.

On Wed, Jun 9, 2021, 21:38 Amazon.com &lt;bbb@amazon.com&gt; wrote:

&gt; Hello James Bowers,
&gt;
&gt; I'm Arun from Amazon.com.
&gt;
&gt; The order you are referring is a seller fulfilled order James.
&gt;
&gt; Shipping and delivery for seller fulfilled orders will be completely
&gt; handled by the seller and we'll not be able to take any action on it from
&gt; our end.
&gt;
&gt; Also, I see that the refund for the Order ID: 112-8296635-5373041 has been

&gt; processed through A-Z claim on Monday, June 8, 2020 at 10:50 AM (PDT).
&gt;
&gt; However, I've already forwarded the order delivery issues for the orders
&gt; fulfilled by Amazon to the appropriate team and it will be sorted for sure.
&gt; ===========================
&gt;
&gt; Information received date: 6/4/2021
&gt;
&gt; ===========================
&gt;
&gt; Case Description: I have purchased multiple items from amazon.com in the
&gt; last month. Of these items, multiple of them have arrived outside of the
&gt; promised delivery dates. Amazon.com is advertising delivery dates for prime
&gt; members who have paid a membership fee per month. As one of those members,
&gt; my items should arrive on time. However, once again tonight... My order did
&gt; not arrive on time. Called customer support who hung up on me. When I
&gt; called again, the rep transferred me and then hung up the new agent call.
&gt; Still my items have not arrived.
&gt;
&gt; Desired Settlement: Billing Adjustment
&gt;
&gt; =================================================
&gt;
&gt; Regards,
&gt;
&gt; Arun
&gt; Amazon.com
&gt; http://www.amazon.com
&gt;
&gt; ---- Original message: ----
&gt;
&gt;
&gt; Jeff,
&gt;
&gt; Hello,
&gt;
&gt; I reached out to you on June 8th of 2020 without a response. I have had
&gt; nothing but issues with Amazon since this time. I am currently preparing
&gt; legal action paperwork regarding my amazon prime membership, failed
&gt; packages, fraud, and false advertising at amazon.
&gt;
&gt; I am trying my best to resolve this without taking it to Federal District
&gt; Court, but I seem to have no choice. You BBB time in india doesn't help at
&gt; all, your customer service centers are useless 99.9% of the time and since
&gt; June of 2020, you have not responded to any sort of emails.
&gt;
&gt; I will give this a final opportunity, but I am currently planning to file
&gt; the legal action Monday June 14th, 2020.
&gt;
&gt; James E. Bowers
&gt; 810-265-2144
&gt;
&gt; On Mon, Jun 8, 2020 at 1:51 PM James Bowers &lt;jbowers726@gmail.com
&gt; &lt;mailto:jbowers726@gmail.com&gt;&gt; wrote:
&gt; Jeff,
&gt;
&gt; I purchased hand sanitizer from Amazon back on April 21st. This was a time
&gt; when you ordered it while you could, even if there was a delay in shipping
&gt; it.
&gt;
&gt; Here we are June 8th. I have contacted the seller at least a dozen times
&gt; with email evidence of such. In each contact, they reply with the same
&gt; generic answer. "It's shipped, we can't help you", yet the items' tracking
&gt; shows it never left their warehouse.
&gt;
&gt; I have contacted Amazon customer support with almost no help. I have
&gt; contacted the BBB and your "BBB Team" has been zero help in getting my
&gt; refund.... or blocking this seller from any more fraud. If you look at
&gt; their item reviews.... it's clearly a fraud account, and yet Amazon will
&gt; not give me my money back or shut down the seller or both.
&gt;
&gt; Enough is enough... Amazon makes Billions a year... It's time to get
&gt; something done! When I can barely live paycheck to paycheck, yet your
&gt; company makes millions in profits! I think it should be no issue to refund
&gt; someone's money when an incident like this occurs. I have already filed a
&gt; notice with the Michigan Attorney General's office. My next step is to file
&gt; legal action to recover not only the cost, interest, and time as well as

&gt; attorney costs to recover this money.
&gt;
&gt; This is my last attempt to get my refund, plus interest to my bank account
&gt; at this point.
&gt;
&gt; Feel free to contact me at 810-265-2144 or my email jbowers726@gmail.com
&gt; &lt;mailto:jbowers726@gmail.com&gt;
&gt;
&gt; James Bowers
&gt;
&gt; Order # 112-8296635-5373041
&gt;

 **Gmail**                                    James Bowers <jbowers726@gmail.com>

---

### 2019-cp01301958183-A
1 message

**James Bowers** <jbowers726@gmail.com>                    Wed, Jan 30, 2019 at 8:03 PM
To: cp_ocs@michigan.gov

Attached are the additional documentation.

---

**8 attachments**


**2019-01-18 15_49_06-.png**
56K


**2019-01-19 19_08_48-Your Orders.png**
74K


**2019-01-19 19_09_26-Amazon.com_ 4 Sizes Replacement Earbuds Tips Ear Gels Bud Cushions for Lg Tone H.png**
166K


**2019-01-19 19_08_33-.png**
83K


**2019-01-18 15_49_18-.png**
55K


**2019-01-19 19_10_02-.png**
331K

**2019-01-19 19_10_41-Echo Dot (3rd Generation) _ Alexa-enabled Bluetooth Speaker.png**
349K

**bbb amazon.pdf**
151K

Deliver to James
Grand Blanc 48439

All

Hello, James
Account & Lists

Returns
& Orders

0

All   Customer Service   Livestreams   Buy Again   Prime Video   James's Amazon.com   Shopper Toolkit   Whole Foods   Shop with Pride

# Help & Customer Service

‹ All Help Topics

## Amazon Prime

Amazon Prime Benefits

**Amazon Prime**

Sign Up for the Amazon Prime Free Trial

Share Your Amazon Prime Benefits

Pause Your Amazon Prime Membership

End Your Amazon Prime Membership

The Amazon Prime Membership Fee

Use Buy Now with Amazon Prime

Using a Promotional Code for Amazon Prime

Exchange a Prime Gift Membership

Buy a Prime Gift Membership

Scan the Amazon Elements Code

Amazon Prime Terms

Electronic Benefits Transfer (EBT) Cards

Amazon Incentives Purchase Terms for Amazon Prime Membership Codes

About Amazon Fresh

## Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return items

 **Manage Prime**
Cancel or view benefits

 **Payment Settings**
Add or edit payment methods

 **Carrier Info**
Shipping carrier information

 **Account Settings**
Change email or password

## Find more solutions

Shipping and Delivery › Amazon Prime ›

# Amazon Prime

As an Amazon Prime member, you receive many shipping, shopping, streaming, reading, and other benefits.



## Shipping

The following are some of the benefits of Amazon Prime.

- FREE Two-Day Shipping on eligible items to addresses in the contiguous US and other shipping benefits. For more information, go to Amazon Prime Shipping Benefits.
- FREE Same-Day Delivery in eligible zip codes. For more information, go to Order with Prime FREE Same-Day Delivery.
- FREE Release-Date Delivery on eligible preorder items delivered on their release date to ZIP codes within the continental US. For more information, go to Release-Date Delivery.
- FREE No-Rush Shipping. Select **No-Rush Shipping** and earn rewards for future purchases.
- Amazon Day, where you can choose a weekly delivery day for the items you buy throughout the week.

## Streaming

- Prime Video offers unlimited streaming of movies and TV episodes for paid or free trial members in the US and Puerto Rico. For more information, go to Prime Video.
- With Amazon Channels, you can watch your favorite shows and movies from HBO, SHOWTIME, and STARZ channels. You don't need a cable or additional apps and you can cancel anytime. Amazon Channels costs $4.99–$14.99/month for Prime members.
- Prime Music, where you have unlimited, ad-free access to hundreds of Prime Playlists, and more than two million songs for members in the US and Puerto Rico. For more information, go to What is Prime Music?
- Prime members can get discounted Amazon Music Unlimited monthly plans and there are annual plans available exclusively to Prime members. For more information, go to Amazon Music Unlimited.
- Prime Gaming, where you get free games, in-game content, and a free channel subscription on Twitch.tv every month. Some content is from third parties and is subject to their terms; you must link your Prime account to your third-party account. For more information, go to Prime Gaming.

## Shopping

- Whole Foods Market provides exclusive savings for Prime members, and 5% back for eligible Prime members with the Amazon Prime Rewards Visa Card. You can get Two-Hour Delivery in select cities (with more to come). For more information, go to Prime at Whole Foods Market.
- Amazon 4-star and Amazon Books stores: Prime members pay Amazon.com prices on all products in-store. For more information, go to Amazon 4-star or Amazon Books
- Amazon Prime Rewards Visa Signature Card; eligible Prime members earn 5% back every day on all Amazon.com purchases, in addition to rewards everywhere else you shop. For more information, go to Amazon Prime Rewards Visa Signature Card.
- Eligible Prime members can get 5% back every day on Amazon.com purchases and access exclusive financing offers with an Amazon Prime Store Card. For more information, go to Amazon Prime Store Card.
- Never run out of your favorite products with Your Essentials.
- Amazon Fresh: Select regions get fast and free grocery delivery on a wide selection of groceries. Items include meat, seafood, produce, snacks, and household essentials. There are options for fast one-hour and two-hour delivery windows in select regions. For more information, go to Amazon Fresh.
- Prime Wardrobe: Try before you buy from eligible items across women's, men's, kids', and baby clothing, shoes, and accessories. You get seven days to try-on the items at home and we'll only charge for the items that you decide to keep. For more information, go to Prime Wardrobe.
- Personal Shopper by Prime Wardrobe: Prime members in select regions can pay an additional monthly membership fee to receive a monthly styling service. For more information, go to Personal Shopper by Prime Wardrobe.
- Deals and Discounts, Compliments of Amazon Family: Get up to 20% off diapers, baby food, and more through Subscribe & Save and 15% off eligible products from your baby registry. For more information, go to Get Up To 20% Off Diapers, Baby Food, and More or Baby Registry Completion Discount.
- Prime Early Access: Get 30-minute early access to Lightning Deals on Amazon.com.
- Amazon Elements: Get access to Amazon Elements products, Amazon's own line of everyday essentials.

## Reading

- Prime Reading: Borrow books, magazines, and more from the Prime Reading catalog. Read them on your Fire tablet, Kindle e-reader, or the Kindle reading apps for iOS and Android. For more information, go to Prime Reading.
- Amazon First Reads: Get early access to download a new book for free every month from the Amazon First Reads picks. You can also purchase hardcover titles at exclusive prices.

## Other

- Membership Sharing: Two adults living in the same household can create an Amazon Household to share certain Amazon Prime benefits.
- Amazon Photos: Get secure unlimited photo storage and enhanced search and organization features in Amazon Drive for you and the members of your Family Vault with Amazon Photos.

## Prime Supplemental Membership

- Amazon Channels: Watch your favorite shows and movies from HBO, SHOWTIME, and STARZ channels. No cable is required, there are no additional apps to download, and you cancel anytime. The cost is $4.99–$14.99 per month for Prime members.

**Note:**

- Amazon Prime isn't available for customers who purchase products for the purpose of resale. You can't use Amazon Prime to ship products to your customers or potential customers.
- We may change these benefits occasionally as outlined in the Amazon Prime Terms & Conditions.
- Some items aren't available for Two-Day Shipping due to special shipping characteristics. Instead, we'll use free standard shipping, and deliver in four to five business days.
- Your Prime Membership may be subject to sales tax in some states.
- Customers who are guests of another membership are ineligible for the following benefits unless they are eligible through their Amazon Household: membership sharing, Kindle Owners' Lending Library, Prime Video, Prime Music, and Amazon Family discounts. Customers who are guests of another membership aren't eligible for Amazon Photos.
- Prime members with certain discounted monthly Prime offers can't share their Prime benefits.
- To use Kindle Owners' Lending Library, the Kindle device must be part of the Prime account that's eligible for the benefit.

Was this information helpful?

[ Yes ] [ No ]

Back to top

## Get to Know Us
Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us
Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products
Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You
Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

Amazon.com Help: The Amazon Prime Membership Fee



Deliver to James
Grand Blanc 48439

All ▾

Hello, James
Account & Lists ▾

Returns
& Orders

0

All  Customer Service  Livestreams  Buy Again  Prime Video  James's Amazon.com  Shopper Toolkit  Whole Foods  Prime Day is June 21 & 22

# Help & Customer Service

‹ All Help Topics

## Amazon Prime

Amazon Prime Benefits

Amazon Prime

Sign Up for the Amazon Prime
Free Trial

Share Your Amazon Prime
Benefits

Pause Your Amazon Prime
Membership

End Your Amazon Prime
Membership

**The Amazon Prime Membership
Fee**

Use Buy Now with Amazon Prime

Using a Promotional Code for
Amazon Prime

Exchange a Prime Gift
Membership

Buy a Prime Gift Membership

Scan the Amazon Elements Code

Amazon Prime Terms

Electronic Benefits Transfer (EBT)
Cards

Amazon Incentives Purchase
Terms for Amazon Prime
Membership Codes

About Amazon Fresh

### Find more solutions

Shipping and Delivery › Amazon Prime ›

## The Amazon Prime Membership Fee

When your free trial or membership period ends, we'll automatically charge for the
next membership period.

**Note:** The annual membership fees for Amazon Prime and Prime Student changed on May 11, 2018.
Monthly memberships remain at $12.99 and $6.49. For more information, see Amazon Prime Price
Change.

Amazon Prime membership fees are:

- $12.99 per month (plus taxes)
- $119 per year (plus taxes)
- Prime Video membership is $8.99 per month (plus taxes)

Qualifying EBT and government assistance recipients can get a Prime membership discount. Visit
amazon.com/qualify and verify your eligibility to pay $5.99 per month for a maximum of four years.

Your Prime Membership may be subject to sales tax in some states.

To cancel your Amazon Prime membership, go to Manage Prime Membership. If you didn't use any
Prime benefits, we'll refund your current membership period.

**Note:**

- If your Prime membership is through a service from another company (such as Sprint), contact
that company for details about your membership rate and to manage your membership.
- When offered, a Prime membership promotion allows you to buy a non-refundable year of Prime
Membership at a discounted rate. It extends the membership of any current Prime member by
one year. We won't charge you again until after your promotional membership has ended. If you
cancel your Prime Membership, you also cancel any unused extensions.

## Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return
items

 **Manage Prime**
Cancel or view
benefits

 **Payment Settings**
Add or edit payment
methods

 **Carrier Info**
Shipping carrier
information

 **Account Settings**
Change email or
password



Was this information helpful?

Yes    No

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| --- | --- | --- | --- |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |
| | | Promotional Financing | |

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| --- | --- | --- | --- | --- | --- | --- |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Amazon Subscription Boxes Top subscription boxes – right to your door | Neighbors App Real-Time Crime & Safety Alerts | | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Deliver to James
Grand Blanc 48439

All ▾

Hello, James
Account & Lists ▾

Returns
& Orders

0

All    Customer Service    Livestreams    Buy Again    Prime Video    James's Amazon.com    Shopper Toolkit    Whole Foods    Prime Day is June 21 & 22

# Help & Customer Service

‹ All Help Topics

## Amazon Prime

**Amazon Prime Price Change**

Cancel Your Amazon Prime Membership

Share Your Amazon Prime Benefits

Use 1-Click with Amazon Prime

End Your Amazon Prime Membership

About the Amazon Prime Membership Charge

Sign Up for the Amazon Prime Free Trial

About Amazon Prime

Amazon Prime Eligible Items & Addresses

Amazon Prime Shipping Benefits

Buy Amazon Elements Products

About the Amazon Elements Code

Scan the Amazon Elements Code

Prime Gifting

About Prime Referral

Check Your Prime Referral Balance

What is AmazonFresh?

About AmazonFresh

Getting Started with AmazonFresh Store on Amazon.com

About the No-Rush Shipping Program

About Using a Promotional Code for Amazon Prime

Apply a Promotional Code for Amazon Prime

About Prime Early Access

About Buying an Item and Prime Together for a Discount

About Amazon Prime Now

Amazon Prime Terms & Conditions

Prime Ref Terms and Conditions

About Amazon Prime Cards

### Find more solutions

Shipping & Delivery › Amazon Prime ›

# Amazon Prime Price Change

Starting May 11, 2018, new members will be charged $119/year for an annual Prime membership and $59/year for an annual Prime Student membership.

Starting June 16, 2018, existing Prime members with an annual membership will renew at a rate of $119/year. Prime Student members with an annual membership will renew at a rate of $59/year.

Monthly Prime members continue to pay $12.99 per month. Monthly Prime Student members continue to pay $6.49 per month.

Your Prime Membership may be subject to sales tax in some states.

For more details about, or to make changes to your membership go to Manage Amazon Prime Membership.

**Was this information helpful?**

Yes   No

## Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return items

 **Manage Prime**
Cancel or view benefits

 **Payment Settings**
Add or edit payment methods

**Carrier Info**


Shipping carrier information


**Account Settings**
Change email or password

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | ❯ See More Make Money with Us | Amazon Currency Converter | Help |
| | | Promotional Financing | |

English　　United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use　Privacy Notice　Interest-Based Ads　© 1996-2021, Amazon.com, Inc. or its affiliates

Deliver to James
Grand Blanc 48439

All ▾

Hello, James
Account & Lists ▾

Returns
& Orders

0

All   Customer Service   Livestreams   Buy Again   Prime Video   James's Amazon.com   Shopper Toolkit

3 months free: Amazon Music

# Help & Customer Service

‹ All Help Topics

## Amazon Prime

Amazon Prime Eligible Items & Addresses

**Amazon Prime Shipping Benefits**

Amazon Day Delivery

Order with Prime FREE Same-Day Delivery

End Your Amazon Fresh Membership

Amazon Fresh Packaging

What to Do with Disposable Packaging

Link and Unlink Your Amazon and Prime Gaming Accounts

Am I Eligible for Prime Gaming?

What Prime Benefits can Adult Household Members Share?

Prime Wardrobe

Return Prime Wardrobe Items

Request a Styling with Personal Shopper by Prime Wardrobe

Personal Shopper by Prime Wardrobe

Prime Wardrobe Terms and Conditions

Amazon Photos Prints

Manage Amazon Photos Prints Projects

Reorder Your Amazon Photos Prints Orders

Cancel Your Amazon Photos Prints Orders

Order Amazon Photos Prints

Sign Up for the Discounted Prime Offer

### Find more solutions

Shipping and Delivery › Amazon Prime › Amazon Prime Benefits ›

## Amazon Prime Shipping Benefits

Your Amazon Prime membership includes a variety of shipping benefits, including several shipping options if you need to expedite your delivery.

### Addresses in the contiguous US

| Shipping speed | Amazon Prime member price |
|---|---|
| One-Day Shipping | Free |
| Two-Day Shipping | Free |
| Same-Day Delivery | Free on qualifying orders over $35 in certain cities or $2.99 per order. See Order with Prime FREE Same-Day Delivery. |
| Saturday Shipping | Price varies by item size and weight, as low as $7.99 per item. |
| Amazon Day Delivery | Free |
| No-Rush Shipping | Free |
| Standard Shipping (4–5 business days) | Free |
| Release-Date Delivery (on qualifying items) | Free |

### Addresses in Alaska, Hawaii, and Puerto Rico

| Shipping speed | Amazon Prime member price |
|---|---|
| Standard Shipping (3–7 business days) | Free |
| Expedited Shipping (2–5 business days) | Price varies by item size and weight, as low as $5.99 per item. |
| Priority Shipping (1–4 business days) | Price varies by item size and weight, as low as $11.99 per item. |

**Note:** Expedited Shipping isn't currently available for Puerto Rico.

## Eligible items and addresses

| Shipping speed | Eligible items and addresses |
|---|---|

### Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return items

 **Manage Prime**
Cancel or view benefits

 **Payment Settings**
Add or edit payment methods

 **Carrier Info**
Shipping carrier information

 **Account Settings**
Change email or password

| Shipping speed | Eligible items and addresses |
|---|---|
| FREE Two-Day Shipping | <ul><li>Items sold by Amazon.com and marked on the product page and at checkout as eligible for Prime.</li><li>Many items fulfilled by Amazon.</li><li>Items fulfilled by qualified sellers and marked on the product page and at checkout as eligible for Prime.</li><li>Nearly all addresses in the contiguous US, except US territories, possessions, and protectorates (other than Puerto Rico).</li></ul> |
| FREE Same-Day Delivery | <ul><li>Items sold by Amazon.com and marked on the product page and at checkout.</li><li>Many items fulfilled by Amazon.</li><li>Eligible for shipments to specified zip codes in several cities within the contiguous US. You can check your zip code for eligibility. Commercial addresses aren't eligible.</li><li>For more information about FREE Same-Day Delivery for Amazon Prime members, go to Order with Prime FREE Same-Day Delivery.</li></ul> |
| Amazon Day Delivery | <ul><li>Many items fulfilled by Amazon.</li><li>Nearly all addresses in the continental US, except US territories, possessions, and protectorates (other than Puerto Rico).</li><li>Amazon Day isn't available for shipments that include Hazmat items or items not eligible for one-day or two-day Shipping.</li><li>Amazon Day isn't available when shipping to an Amazon Hub Locker, Amazon Hub Counter, or a P.O. Box.</li></ul> |
| FREE Release-Date Delivery | <ul><li>Items sold by Amazon.com marked eligible for pre-order marked on the product page and at checkout.</li><li>Many items fulfilled by Amazon.</li><li>Items fulfilled by qualified sellers and marked on the product page and at checkout.</li><li>Release-Date Delivery isn't available to Amazon Hub Lockers, Alaska, Hawaii, international destinations, P.O. boxes, or APO/FPO addresses.</li></ul> |
| FREE Standard Shipping | <ul><li>Items fulfilled by Amazon that are regulated as hazardous materials.</li><li>Items fulfilled by Amazon with special shipping characteristics, such as large treadmills, basketball hoops, televisions that are 48" or larger, and heavy furniture.</li><li>Addresses in Alaska, Hawaii, and Puerto Rico (3–7 business days).</li><li>P.O. boxes in the contiguous US.</li><li>APO/FPO addresses with US ZIP codes.</li></ul> |

The following items are ineligible for Prime Shipping:

- Items fulfilled by Amazon Marketplace sellers that aren't marked as Prime-eligible
- Magazine subscriptions
- Personalized gift cards

- Any item that doesn't have a message indicating that it's eligible for Prime on its product page
- Addresses in the US territories, possessions, and protectorates (other than Puerto Rico)
- International destinations
- Items with Scheduled Delivery

**Note:**

- Some items shipping from sellers are marked as Prime eligible regionally. This is determined by your shipping address. If an item's Prime eligibility changes during checkout, you'll still receive free shipping on the item.
- To see the most accurate Prime shipping information as you shop, set up a default address for your account. For instructions, go to Add and Manage Addresses.
- If an item you order is out of stock or unavailable to ship immediately, the shipping method time starts when the item ships. For example, it takes two business days after an item ships to reach you with Two-Day Shipping.
- We may ship products by ground or air. Our shipping speeds don't correspond to any carrier-branded shipping services.
- If available, we'll specify Saturday or Sunday delivery on the product page or during checkout. Otherwise, our shipping methods apply to business days only.
- Remember to check the ordering cut-off time shown on the detail page.
- Orders over $1,300 may require a signature.
- Choosing a higher quantity for an item may make it ineligible for immediate shipping, because multiple units aren't available locally or at the same location. In this case, the option to choose Same-Day or One-Day Shipping may not appear.

**Was this information helpful?**

Yes    No

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |
| | | Promotional Financing | |

English

United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite | Amazon Web Services |

Sell your original Digital Educational Resources

Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates



**Deliver to James**
Grand Blanc 48439

All

Hello, James
Account & Lists ▾

Returns
& Orders

0

All   Customer Service   Livestreams   Buy Again   Prime Video   James's Amazon.com   Shopper Toolkit   Whole Foods     Celebrate with Pride

# Help & Customer Service

‹ All Help Topics

## Amazon Prime

Amazon Prime Benefits

Amazon Prime

Sign Up for the Amazon Prime
Free Trial

Share Your Amazon Prime
Benefits

Pause Your Amazon Prime
Membership

End Your Amazon Prime
Membership

The Amazon Prime Membership
Fee

Use Buy Now with Amazon Prime

Using a Promotional Code for
Amazon Prime

Exchange a Prime Gift
Membership

Buy a Prime Gift Membership

Scan the Amazon Elements Code

**Amazon Prime Terms**

Electronic Benefits Transfer (EBT)
Cards

Amazon Incentives Purchase
Terms for Amazon Prime
Membership Codes

About Amazon Fresh

### Quick solutions

 **Your Orders**
Track or cancel orders

 **Returns & Refunds**
Exchange or return
items

 **Manage Prime**
Cancel or view
benefits

 **Payment Settings**
Add or edit payment
methods

 **Carrier Info**
Shipping carrier
information

 **Account Settings**
Change email or
password

**Find more solutions**

Shipping and Delivery › Amazon Prime ›

# Amazon Prime Terms & Conditions

Last updated May 11, 2021

Welcome to the terms and conditions ("**Terms**") for Amazon Prime. These Terms are between you and Amazon.com Services LLC and/or its affiliates ("**Amazon.com**" or "**Us**") and govern our respective rights and obligations. Please note that your use of the Amazon.com website and Prime membership are also governed by the agreements listed and linked to below, as well as all other applicable terms, conditions, limitations, and requirements on the Amazon.com website, all of which (as changed over time) are incorporated into these Terms. If you sign up for a Prime membership, you accept these terms, conditions, limitations and requirements.

- Conditions of Use
- Amazon.com Privacy Notice
- Amazon Video Terms of Use
- Amazon Music Terms of Use
- Amazon Photos Terms of Use
- Kindle Store Terms of Use

## Membership Cancellation

If you signed-up for your Prime membership directly through us, you may cancel your Prime membership any time by visiting Your Account and adjusting your membership settings. If you cancel within 3 business days of signing up for or converting from a free trial to a paid membership, we will refund your full membership fee; provided that we may charge you (or withhold from your refund) the value of Prime benefits used by you and your account during this 3-business day period. If you cancel at any other time, we will refund your full membership fee only if your account did not make any eligible purchases or take advantage of Prime benefits since your latest Prime membership charge. If you signed up for your Prime membership through a third party, you may need to contact the third party to cancel your membership or receive any refund under its applicable policies. Prime memberships redeemed through a Prime gift code or promotional code are not refundable.

## Shipping Benefits and Eligible Purchases

Prime shipping benefits depend upon inventory availability, order deadlines, and in some cases the shipping address. They are limited to certain products sold by Amazon.com (or third-party sellers participating in Prime) on the Amazon.com website and to certain products on third-party websites that offer Prime shipping benefits. Products eligible for Prime will be designated as such on their product pages. Some special product, order, handling fees, and/or taxes may still apply to eligible purchases. If only some items in your order are eligible for Prime, you will pay applicable shipping charges for the ineligible items. Changing or combining orders, or changing your shipping address, speed, or preferences might affect Prime eligibility. Certain purchases may only be entitled to Standard Shipping because of their size, weight, and other shipping characteristics.

We may exclude products with special shipping characteristics at our discretion. The Prime section of our Help pages provides information about eligible items, shipping cost, shipping speed, and shipping destinations.

## Other Benefits and Supplemental Memberships

Click here for information about additional Prime benefits. We also offer Prime members supplemental memberships, which are subject to these Terms, require you to be a Prime member, and may have additional fees and terms. As used in these Terms, "Prime" applies to all supplemental memberships. Click here for more information about supplemental memberships.

## Other Limitations

- We reserve the right to accept or refuse membership in our discretion.
- We may send you email and other communications related to Prime and your Prime membership (regardless of any settings or preferences related to your Amazon account).
- You may not transfer or assign your Prime membership or any Prime benefits, including promotion codes for Prime memberships or benefits, except as allowed in these terms.
- Prime members are not permitted to purchase products for the purpose of resale, rental, or to ship to their customers or potential customers using Prime benefits.
- Some Prime benefits may require certain purchase thresholds, have quantity or shipping address limitations, or require members to meet specified criteria in order to access them.
- From time to time, Amazon may choose in its sole discretion to add or remove Prime membership benefits.

## Fees and Renewal

The membership fee for Prime is stated in the [Prime section](#) of our Help pages. From time to time, we may offer different membership terms, and the fees for such membership may vary. The Prime membership fee is non-refundable except as expressly set forth in these Terms. Taxes may apply on either or both of the membership fee and the reduced shipping charges for Prime.

If you sign up for your Prime membership through us and are billed by us, then the billing terms described below will apply to your membership.

If all eligible payment methods we have on file for you are declined for payment of your membership fee, you must provide us a new eligible payment method promptly or your membership will be canceled. If you provide us with a new eligible payment method and are successfully charged, your new membership period will be based on the original renewal date and not the date of the successful charge.

UNLESS YOU NOTIFY US BEFORE A CHARGE THAT YOU WANT TO CANCEL OR DO NOT WANT TO AUTO RENEW, YOU UNDERSTAND YOUR PRIME MEMBERSHIP WILL AUTOMATICALLY CONTINUE AND YOU AUTHORIZE US (WITHOUT NOTICE TO YOU, UNLESS REQUIRED BY APPLICABLE LAW) TO COLLECT THE THEN-APPLICABLE MEMBERSHIP FEE AND ANY TAXES, USING ANY ELIGIBLE PAYMENT METHOD WE HAVE ON RECORD FOR YOU.

If you signed up for your Prime membership through a third party and are not billed directly by us, then the billing terms provided by the third party will apply to your membership.

## Promotional Trial and Qualification-Based Memberships

We sometimes offer certain customers various trial or other promotional memberships, which are subject to these Terms except as otherwise stated in the promotional offers. Trial members may at any time (through Your Account) choose not to continue to paid membership at the end of the trial period.

If you sign up for a qualification-based Prime membership (including but not limited to Prime Student and Prime for [qualifying EBT and government assistance recipients](#)), you will receive certain Prime benefits for the reduced rate specified in the [Prime section](#) of our Help page. To sign up for and use a qualification-based Prime membership, you must meet the eligibility conditions described on the applicable enrollment page and provide any required documentation.

## Agreement Changes

We may in our discretion change these Terms, Amazon.com's Conditions of Use and Privacy Notice, or any aspect of Prime membership, without notice to you. If any change to these terms is found invalid, void, or for any reason unenforceable, that change is severable and does not affect the validity and enforceability of any remaining changes or conditions. YOUR CONTINUED MEMBERSHIP AFTER WE CHANGE THESE TERMS CONSTITUTES YOUR ACCEPTANCE OF THE CHANGES. IF YOU DO NOT AGREE TO ANY CHANGES, YOU MUST CANCEL YOUR MEMBERSHIP.

## Termination by Us

We may terminate your Prime membership at our discretion without notice. If we do so, we will give you a prorated refund based on the number of full months remaining in your membership. However, we will not give any refund for termination related to conduct that we determine, in our discretion, violates these Terms or any applicable law, involves fraud or misuse of the Prime membership, or is harmful to our interests or another user. Our failure to insist upon or enforce your strict compliance with these Terms will not constitute a waiver of any of our rights.

## Limitation of Liability

IN ADDITION TO OTHER LIMITATIONS AND EXCLUSIONS IN AMAZON.COM'S [CONDITIONS OF USE](#), OUR TOTAL LIABILITY, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, WILL NOT EXCEED THE LAST MEMBERSHIP FEE YOU PAID. THIS LIMITATION OF



LIABILITY WILL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW AND WILL SURVIVE CANCELLATION OR TERMINATION OF YOUR PRIME MEMBERSHIP.

## Disputes

Any dispute or claim relating in any way to these Terms or your use of Prime will be adjudicated in the state or Federal courts in King County, Washington, and you consent to exclusive jurisdiction and venue in these courts. We each waive any right to a jury trial.

---

**Was this information helpful?**

[ Yes ]  [ No ]

---

Back to top

---

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

[ English ]   [ United States ]

---

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**

**Amazon Second Chance**

Real-Time
Crime
& Safety Alerts

Like-new
products
you can trust

Pass it on, trade it
in,
give it a second
life

Conditions of Use　Privacy Notice　Interest-Based Ads　© 1996-2021, Amazon.com, Inc. or its affiliates

Hello, James
Account & Lists

Returns
& Orders                    0

All     Customer Service     Livestreams     Buy Again     Prime Video     James's Amazon.com     Shopper Toolkit                    Prime Day is June 21 & 22

Your Account > Message Center

Back

### A Message from Amazon Customer Service

06/02 14:35:49

Amazon                                    Your Account | Amazon.com

Message From Customer Service

Hello,

I'd like to apologize again for the issues you have been facing. I have forwarded your feedback to the appropriate department.

Please know that our delivery estimates are based on item availability, the quantity ordered, and selected delivery speed.

If an item isn't readily available, shipping selections may reduce shipping transit time, but won't impact how long it takes us to obtain the item or prepare it for shipment.

Most questions are answered in Your Account (www.amazon.com/your-account) or in our Help pages (www.amazon.com/help). If you do need to contact us in the future, here's a link to our Contact Us page:

http://www.amazon.com/gp/help/contact-us/general-questions.html

You may also contact our legal department directly at:

Amazon.com
Legal Dept.
P.O. Box 81226
Seattle, WA 98108-1226

Fax: 206-266-7010

We hope to see you again soon.

We'd appreciate your feedback. Please use the buttons below to vote about your experience today.

Best regards,
Crystal T
**Amazon.com**

---

**Thank you for your inquiry. Did I solve your problem?**

Yes        No

Back to top

**Get to Know Us**

Careers

Blog

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

**Let Us Help You**

Amazon and COVID-19

Your Account

| About Amazon | Become an Affiliate | Amazon.com Store Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Secured Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Card | Amazon Prime |
| Investor Relations | Advertise Your Products | Amazon Business Line of Credit | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Shop with Points | Manage Your Content and Devices |
| | Host an Amazon Hub | Credit Card Marketplace | Amazon Assistant |
| | › See More Make Money with Us | Reload Your Balance | Help |
| | | Amazon Currency Converter | |
| | | Promotional Financing | |

English    United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Deliver to James
Grand Blanc 48439

All ▾

Hello, James
Account & Lists ▾

Returns
& Orders

0

All    Customer Service    Livestreams    Buy Again    Prime Video    James's Amazon.com    Shopper Toolkit    Whole Foods    Prime Day is June 21 & 22

# Help & Customer Service

‹ All Help Topics

## Amazon Device and Digital Services Terms, Warranties, and Notices

Safety and Compliance for Fire TV Devices

Amazon Fire TV Terms, Warranties, and Notices

Amazon Fire TV Device Terms

Amazon Fire TV Edition Terms

**Amazon Services Terms of Use**

Fire TV Edition television FAQs

Fire TV Edition Terms & Notices

Saving Your Wi-Fi Passwords to Amazon FAQs

## Quick solutions


**Devices & Content**
Deliver books, apps to your device


**Digital Purchases**
View purchased books & apps


**Your Subscriptions**
Edit payment info


**1-Click Settings**
Change your address


**Digital & Device Forum**
Ask the community

Contact Us

## Find more solutions

Digital Services and Device Support  ›  Amazon Device and Digital Services Terms, Warranties, and Notices  ›  Fire TV Terms & Conditions ›

# Amazon Services Terms of Use

Last updated: 30 April, 2021

This is an agreement between you and Amazon Digital Services LLC (with its affiliates, "Amazon" or "we"). Please read these Amazon Services Terms of Use, the Amazon.com Privacy Notice, the Amazon.com Conditions of Use, and the other applicable rules, policies, and terms available at the Amazon.com website, or on or through the Amazon Software (collectively, this "Agreement") before using the Amazon Services on a Product. By using the Amazon Services, you agree to be bound by the terms of this Agreement on behalf of yourself and all members of your household and others who use Amazon Services under your account. If you do not accept the terms of this Agreement, then you may not use the Amazon Services and you may return your Product in accordance with any applicable return policy. Your use of any of the Amazon Services is subject to any additional rules, policies, and terms that apply to those Amazon Services.

For the purpose of these Amazon Services Terms of Use:

"Amazon Services" means the provision of Amazon Software, Digital Content, and support and other services that we provide Product users.

"Amazon Software" means all software we make available to you for use on a Product, but excludes third-party Digital Content.

"Digital Content" means digitized content (including third-party content), such as videos, music, apps, games, skills, photos, audio, books, newspapers, magazines, and related features and functionality.

"Product" means a Fire TV device that is developed and manufactured by a third party and enables access to Amazon Services.

**1. Amazon Services, Amazon Software**

**a. Use of Amazon Services on a Product.** To use certain Amazon Services on a Product, you must have your own Amazon.com account, be logged in to your account on the Product, and have a valid payment method associated with your account.

**b. Use of the Amazon Software.** Except as provided in this section, you may use the Amazon Software only on your Product. For additional terms that apply to the Amazon Software, see the Additional Amazon Software Terms contained in the Amazon.com Conditions of Use and the terms contained in the Legal section of the Settings menu of the Amazon Services on your Product or the Amazon Fire TV Remote App. Amazon Software licensed under an open source license is governed solely by the terms of that open source license.

**c. Voice Services.** Your Product may have features that allow you to access Alexa voice services or perform certain tasks, such as control your Product, perform a search, check the weather, or operate other connected products. When you use voice services, we process your voice input and other information (such as location) in the cloud to respond to your requests and to improve your experience and our services. Your use of Alexa is subject to the Alexa Terms of Use (www.amazon.com/alexa/terms). Learn more about Alexa voice services and how it works at www.amazon.com/alexa/voice, including how to delete voice recordings associated with your account.

**2. Connectivity and Availability**

**a. Internet Connectivity.** Amazon Services may require an Internet connection from a third-party provider in order to use some features. In such cases, your Internet connection is subject to the fees, restrictions, terms and limitations imposed by your provider.

**b. Availability.** Some Amazon Services may be unavailable, vary (by product or geography, for example), be offered for a limited time, or require separate subscriptions.

### 3. General

**a. Information Received.** The Amazon Software may provide us with information about your Product, use of the Product, and use of Digital Content, other content, and the Amazon Services (such as search queries, installed applications, viewing and usage data, available memory, log files, network diagnostics, voice information, and connectivity). Manufacturers of your Product may also provide us with similar information. Information provided to Amazon may be processed in the cloud to improve your experience and our services, and may be stored on servers outside the country in which you live. We will handle any information we receive in accordance with the Amazon.com Privacy Notice. Please visit the Settings menu of your Product if you prefer to opt out of providing certain information.

**b. Information Provided To Others.** You are responsible for any information you provide to others, including third-party Digital Content providers. Use of information you provide to these third parties will be subject to any privacy notice or other terms that they may provide to you.

**c. Changes to Amazon Services; Amendments.** We may change, suspend, or discontinue the Amazon Services, or any part of them, at any time without notice. We may amend any of this Agreement's terms at our sole discretion by posting the revised terms on the Amazon.com website. Your continued use of Amazon Services after the effective date of the revised Agreement constitutes your acceptance of the terms.

**d. Termination.** Your rights under this Agreement will automatically terminate without notice if you fail to comply with any of its terms. In case of such termination, Amazon may immediately revoke your access to the Amazon Services. Amazon's failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of its rights.

**e. Disputes. Any dispute or claim arising from or relating to this Agreement, a Product, the Amazon Software, or the Amazon Services is subject to the dispute resolution, governing law, disclaimer of warranties, limitation of liability, and all other terms in the Amazon.com Conditions of Use.**

**f. Disclaimer of Warranties and Limitation of Liability. Products are developed and manufactured by third parties, and we have no responsibility or liability for any aspect of Products except the Amazon Services. Without limiting the Disclaimer of Warranties and Limitation of Liability terms in the Amazon.com Conditions of Use, unless otherwise required by applicable law, in no event will our or our licensors' aggregate liability with respect to any claim arising from or related to this Agreement or your use of the Amazon Services exceed fifty dollars ($50.00).**

**g. Contact Information.** For help with the Amazon Services, Digital Content, Amazon Software or resolving other related issues, please contact Customer Service at www.amazon.com/contact-us/.

Was this information helpful?

Yes | No

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital
Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors
App
Real-Time
Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right
to your door

PillPack
Pharmacy Simplified

Amazon
Renewed
Like-new
products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

 **Gmail**

**James Bowers <jbowers726@gmail.com>**

## A Message from James Matty with Amazon.com's Executive Customer Relations
1 message

**Amazon.com Executive Customer Relations** <ecr-replies@amazon.com>          Tue, Jun 9, 2020 at 9:53 AM
Reply-To: ecr-replies+A2B8QGJ87JGZ76@amazon.com
To: jbowers726@gmail.com

                                              Your Account | Amazon.com

Message From Executive Customer Relations

Hello James,

This is James Matty with Amazon.com's Executive Customer Relations. Thank you for taking time to speak with me on the phone today.

I apologize for the experience you had with your order for the hand sanitizer. As a longtime Amazon customer myself, I completely understand the desire to have your ordering experience be quick, efficient, and most importantly, stress-free.

Your A-to-Z Guarantee claim was granted. You'll see the refund of $7.41 in 3-5 business days on your Visa card. Once processed, you'll also be able to see the refund request here:

https://www.amazon.com/gp/css/summary/edit.html?orderID=112-8296635-5373041

I've forwarded the details of the seller you shared with me to our Investigations team. Each report they receive is investigated and the appropriate action is taken. However, we won't be able to release the outcome of the investigation.

I wish you a great rest of your week!

We'd appreciate your feedback. Please use the buttons below to vote about your experience today.

Best regards,
James Matty, ECR
Executive Customer Relations
**Amazon.com**

---

**Thank you for your inquiry. Did I solve your problem?**

| Yes | | No |

---

Your feedback is helping us build Earth's Most Customer-Centric Company.

---

**Original Message**

Jeff,

I purchased hand sanitizer from Amazon back on April 21st. This was a time when you ordered it while you could, even if there was a delay in shipping it.

Here we are June 8th. I have contacted the seller at least a dozen times with email evidence of such. In each contact, they reply with the same generic answer. "It's shipped, we can't help you", yet the items' tracking shows it never left their warehouse.

I have contacted Amazon customer support with almost no help. I have contacted the BBB and your "BBB Team" has been zero help in getting my refund.... or blocking this seller from any more fraud. If you look at their item reviews.... it's clearly a fraud account, and yet Amazon will not give me my money back or shut down the seller or both.

Enough is enough... Amazon makes Billions a year... It's time to get something done! When I can barely live paycheck to paycheck, yet your company makes millions in profits! I think it should be no issue to refund someone's money when an incident like this occurs. I have already filed a notice with the Michigan Attorney General's office. My next step is to file legal action to recover not only the cost, interest, and time as well as attorney costs to recover this money.

This is my last attempt to get my refund, plus interest to my bank account at this point.

Feel free to contact me at 810-265-2144 or my email jbowers726@gmail.com

James Bowers

Order # 112-8296635-5373041

 

☰                                          🔍

amazon                                      **EN**

ABOUT AMAZON  ▸  INVESTOR RELATIONS  ▸  CORPORATE GOVERNANCE  ▸  DOCUMENTS AND CHARTERS  ▸  CERTIFICATE OF INCORPORATION

# Investor Relations

01  **Annual reports, proxies and shareholder letters**

02  **Quarterly results**

03  **SEC filings**

04  **Press releases** ⬀

05  **FAQs**

06  Corporate governance

07  **Officers and directors**

08  **Contact us and request documents**

09  **Events**

**CERTIFICATE OF INCORPORATION**

### RESTATED CERTIFICATE OF INCORPORATION OF AMAZON.COM, INC.

Amazon.com, Inc., a corporation organized and existing under the General Corporation Law of the State of Delaware, does hereby certify:

1. The original Certificate of Incorporation was filed with the Secretary of State on May 28, 1996.

2. The following Restated Certificate of Incorporation was duly adopted by the corporation's Board of Directors in accordance with the provisions of Section 245 of the General Corporation Law of the State of Delaware and only restates and integrates and does not further amend the provisions of the corporation's Certificate of Incorporation as heretofore amended and supplemented, and there is no discrepancy between those provisions and the following.

Hide All

Article 1. Name                                                                                    –

The name of this corporation is Amazon.com, Inc.

Article 2. Registered Office And Agent                                                              –

The address of the registered office of this corporation is 251 Little Falls Drive, City of Wilmington, County of New Castle, State of Delaware 19808, and the name of its registered agent at such address is Corporation Service Company.

Article 3. Purposes                                                                                –

The purpose of this corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

Article 4. Shares                                                                                  –



Delaware General Corporation Law in respect of any class of stock . . . . . . series of any class of stock of the corporation. The corporation shall from time to time in accordance with the laws of the State of Delaware . . . . . . authorized amount of its Common Stock if at any time the number of shares of Common Stock remaining unissued and available for issuance shall not be sufficient to permit the conversion of Preferred Stock.

## Article 5. Directors

The number of Directors of the corporation shall be determined in the manner provided by the Bylaws and may be increased or decreased from time to time in the manner provided therein. Written ballots are not required in the election of Directors.

## Article 6. By-laws

The Board of Directors shall have the power to adopt, amend or repeal the Bylaws of the corporation; provided, however, the Board of Directors may not repeal or amend any bylaw that the stockholders have expressly provided may not be amended or repealed by the Board of Directors. The stockholders shall also have the power to adopt, amend or repeal the Bylaws for this corporation.

## Article 7. Preemptive Rights

Preemptive rights shall not exist with respect to shares of stock or securities convertible into shares of stock of this corporation.

## Article 8. Cumulative Voting

The right to cumulate votes in the election of Directors shall not exist with respect to shares of stock of this corporation.

## Article 9. Amendments To Certificate Of Incorporation

This corporation reserves the right to amend or repeal, by the affirmative vote of the holders of a majority of the outstanding shares entitled to vote, any of the provisions contained in this Certificate of Incorporation. The rights of the stockholders of the corporation are granted subject to this reservation.

## Article 10. Limitation Of Director Liability

To the full extent that the Delaware General Corporation Law, as it exists on the date hereof or may hereafter be amended, permits the limitation or elimination of the liability of directors, a director of this corporation shall not be liable to this corporation or its stockholders for monetary damages for breach of fiduciary duty as a director. Any amendment to or repeal of this Article 10 shall not adversely affect any right or protection of a director of this corporation for or with respect to any acts or omissions of such director occurring prior to such amendment or repeal.

## Article 11. Action By Stockholders Without A Meeting

Only action properly brought before the stockholders by or at the direction of the Board of Directors may be taken without a meeting, without prior notice and without a vote, if a written consent setting forth the action so taken is signed by the holders of outstanding shares of capital stock entitled to be voted with respect to the subject matter thereof having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voted.

## Article 12. Special Meeting Of Stockholders

The Chairman of the Board of Directors, the Chief Executive Officer, the President or the Board of Directors may call special meetings of the stockholders for any purpose. A special meeting of the stockholders shall be held if the holders of not less than twenty-five percent (25%) of all the votes entitled to be cast on any issue proposed to be considered at such special meeting have dated, signed and delivered to the Secretary one or more written demands for such meeting, describing the purpose or purposes for which it is to be held.

## Article 13. Business Combinations With Interested Stockholders

The corporation expressly elects not to be governed by Section 203(a) of Title 8 of the Delaware General Corporation Law.





EN

   

SHOP
AMAZON.COM

JOB CREATION & INVESTMENT

Explore job creation and investment

WORKING AT AMAZON

Explore working at Amazon

Amazon offices

Get to know us

Opportunities for veterans

Our culture

Jobs

OUR COMMUNITIES

Our communities

SUSTAINABILITY

Explore sustainability

Packaging

Sustainability Question Bank

INNOVATION

Our innovations

OUR COMPANY

Investors

Press center

The Spheres

Select awards and recognition

Amazon.com Conditions of Use © 1996-2021 Amazon.com, Inc. - IR or its affiliates
Powered By Q4 Inc. 5.56.0.1

 **Gmail**

**James Bowers <jbowers726@gmail.com>**

## Your Amazon.com Inquiry - BBB Complaint # 14415225
2 messages

---

**Amazon.com** <bbb@amazon.com>
Reply-To: bbb+AS4FWHL0CY8CZ@amazon.com
To: jbowers726@gmail.com

Thu, Jun 4, 2020 at 7:04 AM

Hello James,

I'm Praveen from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

I'm sorry for the trouble you had with the order.

I've forwarded the feedback to the concerned department to take appropriate action.

Regarding the order, unless until the estimated delivery date is passed, we will not have an option to file an A-to-z claim. However, I've issued a $10.00 Promotional certificate to your account which would apply automatically when you place orders sold and shipped by Amazon. For more information about promotional codes, including the terms and conditions of use and what happens when you return an order paid for with a promotional code, go to:

http://www.amazon.com/gp/help/customer/display.html?nodeId=201894800

Please feel free to contact us directly by replying to bbb@amazon.com if we can be of further assistance.

We look forward to see you soon.
============================

Information received date: 6/2/2020

============================

Case Description: I purchased the following item: https://www.amazon.com/gp/product/B085XXYTLG/ref=ppx_yo_dt_b_asin_title_o01_s00?ie= UTF8&psc=1 from Amazon.com on April 7, 2020 from a seller identified as Shusuen. The item was estimated to be delivered by May 17th through June 17th. At the time of "shipping" the seller did not provide tracking information. I reached out to the seller who provided tracking as follows: https://t.17track.net/en#nums=UD413758991NL. That tracking number stills as of 06/02/2020 shows that the item never left the shippers warehouse. I contacted the seller multiple times about the item not actually leaving. However, they send a reply of the very same generic email each time. Eventually I contacted Amazon multiple times and reported the fraud issue to them. At no time did they actually attempt to resolve the seller's fraud activity. There are many reports of the item not arriving on the item and on the seller profile. However Amazon continues to allow their sales and allow them to not provide the product. Amazon has yet to provide a refund or remove the seller and refund all customers.

Desired Resolution: The requested resolution is to provide a refund to myself and all others who have not received their order Also it is requested that the seller be removed and forbidden to perform business on the Amazon marketplace. This company has taken advantage of Americans due to the Coronavirus.
==================================================

Regards,

Praveen M
Amazon.com
http://www.amazon.com

---

**James Bowers** <jbowers726@gmail.com>
To: bbb+AS4FWHL0CY8CZ@amazon.com

Thu, Jun 4, 2020 at 7:10 AM

While I appreciate a promo code, that does not give me the money back from a fraudulent seller on your platform. Until the appropriate actions are taken, I will continue notifying the authorities of the fraud on your platform. I expect my money to be refunded to me. I have provided more than enough information to Amazon to provide this is fraud. The seller's communication is copy and pasted every single time you contact them. I have provided tracking that they provided showing the product never left their warehouse. At this time, I am notifying my card issuer, the local police department and the Michigan Attorney General's office of the fraud. It is clear that Amazon does not care about fraud on their platform as long as they are getting paid. Jeff clearly doesn't care about the American people at all. He has no interest in protecting the American Citizens from Chinese Fraud.

I expect a full refund, plus interest, I expect all purchasers to be contacted to confirm if their items arrived, and if not refunds provided to them as well. I expect Amazon to shut this seller down immediately. I also expect an apology for the way Amazon has handled this issue.I will now also file a claim with my local small claims court to include not only the cost of the item, my attorney fees, my filing fees as well as daily interest from the day of the first reported issue to Amazon. Clearly Amazon has no interest in resolving this in the appropriate manner.

James Bowers

[Quoted text hidden]

---

 Gmail

James Bowers <jbowers726@gmail.com>

## Your Amazon.com Inquiry - BBB Complaint # 14415225
1 message

**Amazon.com** <bbb@amazon.com>                                                                      Sat, Jun 6, 2020 at 6:24 AM
Reply-To: bbb+ALY9VKB65SCC3@amazon.com
To: jbowers726@gmail.com

Hello James,

I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

I'm sorry for any trouble you had with the order.

The order estimated delivery date provided by the seller when you placed the order was Wednesday, May 27, 2020 - Wednesday, June 17, 2020. I understand you wanted to cancel the order and refund be issued for the order. However, as this is the seller order, only seller can issue refund. If the seller doesn't issue refund, 3 days after the maximum estimated delivery date which is June 17, 2020, you can file an A-to-z claim on June 20, 2020.

Once a claim is filed, our guarantee team will issue refund. Unfortunately for seller order, we are unable to issue refund.

A-to-z Information : https://www.amazon.com/gp/help/customer/display.html?nodeId=201889410

Regarding the seller, we have already forwarded the feedback to the appropriate team, they should be taking appropriate action.

Please feel free to contact us directly by replying to bbb@amazon.com if we can be of further assistance.

We look forward to see you soon.
==========================

Information received date: 6/2/2020

==========================

Case Description: I purchased the following item: https://www.amazon.com/gp/product/B085XXYTLG/ref=ppx_yo_dt_b_asin_title_o01_s00?ie=UTF8&psc=1 from Amazon.com on April 7, 2020 from a seller identified as Shusuen. The item was estimated to be delivered by May 17th through June 17th. At the time of "shipping" the seller did not provide tracking information. I reached out to the seller who provided tracking as follows: https://t.17track.net/en#nums=UD413758991NL. That tracking number still as of 06/02/2020 shows that the item never left the shippers warehouse. I contacted the seller multiple times about the item not actually leaving. However, they send a reply of the very same generic email each time. Eventually I contacted Amazon multiple times and reported the fraud issue to them. At no time did they actually attempt to resolve the seller's fraud activity. There are many reports of the item not arriving on the item and on the seller profile. However Amazon continues to allow their sales and allow them to not provide the product. Amazon has yet to provide a refund or remove the seller and refund all customers.

Desired Resolution: The requested resolution is to provide a refund to myself and all others who have not received their order Also it is requested that the seller be removed and forbidden to perform business on the Amazon marketplace. This company has taken advantage of Americans due to the Coronavirus.
================================================

Regards,

Praveen M
Amazon.com
http://www.amazon.com



James Bowers <jbowers726@gmail.com>

## Your Amazon A-to-z Guarantee Claim for Order 114-4596833-8796252
1 message

**atoz-guarantee-no-reply@amazon.com** <atoz-guarantee-no-reply@amazon.com>                Thu, Dec 19, 2019 at 5:23 AM
Reply-To: "X-To: nobody@amazon.com" <atoz-guarantee-no-reply+196-9372807-5745068@amazon.com>
To: jbowers726@gmail.com

Hello,

This is regardng your BBB complaint 14013946 filed on 12/7/2019. We apologize for the delay in providing you with a resolution. A refund for the disputed amount of $83.50 was issued to the payment method you used to place order 114-4596833-8796252. You can check the status of your refund on the Your Orders page in the Your Account section of our website https://www.amazon.com/gp/css/homepage.html?ie=UTF8&ref_= nav_youraccount_ya .

-- Refund Date: 19 Dec 2019
-- Refund Amount: $83.50

If the order was paid by credit card, it may take several business days for the refund to appear on your credit card account. Please check with your issuing bank to confirm that it has been posted. If the order was paid by gift certificate, these funds should be available now for use as payment on a future order.

Sincerely,

 **Gmail**

James Bowers <jbowers726@gmail.com>

## unable to prevent fraud
2 messages

**James Bowers** <jbowers726@gmail.com>                                            Mon, Jun 8, 2020 at 1:51 PM
To: jeff@amazon.com

Jeff,

I purchased hand sanitizer from Amazon back on April 21st. This was a time when you ordered it while you could, even if there was a delay in shipping it.

Here we are June 8th. I have contacted the seller at least a dozen times with email evidence of such. In each contact, they reply with the same generic answer. "It's shipped, we can't help you", yet the items' tracking shows it never left their warehouse.

I have contacted Amazon customer support with almost no help. I have contacted the BBB and your "BBB Team" has been zero help in getting my refund.... or blocking this seller from any more fraud. If you look at their item reviews.... it's clearly a fraud account, and yet Amazon will not give me my money back or shut down the seller or both.

Enough is enough... Amazon makes Billions a year... It's time to get something done! When I can barely live paycheck to paycheck, yet your company makes millions in profits! I think it should be no issue to refund someone's money when an incident like this occurs. I have already filed a notice with the Michigan Attorney General's office. My next step is to file legal action to recover not only the cost, interest, and time as well as attorney costs to recover this money.

This is my last attempt to get my refund, plus interest to my bank account at this point.

Feel free to contact me at 810-265-2144 or my email jbowers726@gmail.com

James Bowers

Order # 112-8296635-5373041

**James Bowers** <jbowers726@gmail.com>                                            Wed, Jun 9, 2021 at 2:32 PM
To: jeff@amazon.com

Jeff,

Hello,

I reached out to you on June 8th of 2020 without a response. I have had nothing but issues with Amazon since this time. I am currently preparing legal action paperwork regarding my amazon prime membership, failed packages, fraud, and false advertising at amazon.

I am trying my best to resolve this without taking it to Federal District Court, but I seem to have no choice. You BBB time in india doesn't help at all, your customer service centers are useless 99.9% of the time and since June of 2020, you have not responded to any sort of emails.

I will give this a final opportunity, but I am currently planning to file the legal action Monday June 14th, 2020.

James E. Bowers
810-265-2144
[Quoted text hidden]

June 11, 2021

Via First-Class Mail with Certificate of Mailing,

Amazon.com

Re: Demand for Payment

Please be advised that owes the sum of $18,653 because Amazon has breached our contract of the prime membership status, failed to deliver products as advertised, falsely advertised in stock status and shipping delivery guarantee dates as well as failed to make any sort of reasonable resolution to this matter. I have made several attempts to contact Amazon's customer service team via chat, email, phone and even through emailing Jeff@amazon.com. None of these routes have been fruitful in any sort of resolutions, not only this year, but for the last 5 or more years of being a prime member. This amount includes the cost of prime membership through the course of history and for the next year (giving Amazon a year to resolve its advertising issues). This amount also includes packages that did not arrive on time where no credit was offered, where Mr. Bowers had to purchase locally at a retailer at a higher rate at the last minute, including a recent pool purchase that cost Mr. Bowers double the advertised Amazon rate. It also includes damage cost for violation of fair consumer practice act in the state of Michigan.

This will be 's only chance to settle this matter before files suit against in Federal District Court. Mr. Bowers is agreeable to a lump sum payment, or to a payment plan. Please contact me on or before July 11, 2021, for purposes of settling this matter. If I do not hear from on or before July 11, 2021, Mr. Bowers will file a lawsuit against Amazon.com Inc and Jeffrey P. Bezos without further notice. It is in Mr Bowers's and Amazon.com's and Jeffrey P. Bezos's best interest to settle this matter before a lawsuit is filed. Currently we are working to gather sufficient evidence to show that this is a class action issue and will file with such request. If a judgment is obtained against Amazon.com you will be ordered to pay court costs, additional damages and will incur interest at a rate of 10% per annum.

Based on the foregoing, I expect payment in the amount of $18,653.00 made payable to James E. Bowers,5227 Olde Shawboro Rd., Grand Blanc, MI 48439, no later than July 11, 2021. (I can be reached at: (810)265-2144.) If Amazon.com decides to ignore this demand for payment, Mr. Bowers will further pursue all of its legal remedies without further notice to Amazon.com, Inc or Jeffrey P. Bezos. This letter serves as evidence that has attempted to resolve this matter informally.

Sincerely,

James E. Bowers

                                                 **James Bowers <jbowers726@gmail.com>**

---

## Your Amazon.com Order #114-4596833-8796252
2 messages

---

**Amazon.com** <bbb@amazon.com>                             Wed, Dec 11, 2019 at 3:20 AM
Reply-To: bbb+A29L05J6RSE2VD@amazon.com
To: jbowers726@gmail.com

Hello,

I am Mahesh Boddu from Amazon.com. Please be assured that we have filed the claim on the seller, once our team reviews the claim they will send the status to you via email.

If approved, your Guarantee reimbursement will be credited directly to the same payment method used for your purchase.

You can see the most current status of your claim at the link below:
https://www.amazon.com/gp/a-z-guarantee/help.html?orderID=114-4596833-8796252

Info about A-to-z Guarantee claims, including processing times, can be found here:http://www.amazon.com/help/a-to-z-guarantee

I hope this information helps. We look forward to seeing you again soon.

Regards,

Mahesh B.
Amazon.com
http://www.amazon.com

---- Original message: ----

So based on the response I just received, Amazon is not willing to resolve the issue. When the BBB receives your response, I will be sure to copy all emails regarding your refusal to help and all screenshots reporting false advertising and fraud. I will also be reporting the transaction to my bank.

On Tue, Dec 10, 2019, 01:17 Amazon.com &lt;bbb@amazon.com&gt; wrote:

&gt; Hello James Bowers,
&gt;
&gt; I'm Mahesh Boddu from Amazon.com.
&gt;
&gt; I'm writing in response to a complaint filed on your behalf by the Better
&gt; Business Bureau BBB - I've provided the BBB with a copy of this message.
&gt;
&gt; I am sorry for the inconvenience caused to you with the recent Order ID:
&gt; 114-4596833-8796252.
&gt;
&gt; To help you with this, I've submitted an A-to-z Guarantee claim on your
&gt; behalf.Processing should complete within 1-2 weeks of the date the claim
&gt; was submitted. If approved, your Guarantee reimbursement will be credited
&gt; directly to the same payment method used for your purchase.
&gt;
&gt; You can see the most current status of your claim at the link below:
&gt;
&gt; https://www.amazon.com/gp/a-z-guarantee/help.html?orderID=114-4596833-8796252
&gt;
&gt; Info about A-to-z Guarantee claims, including processing times, can be
&gt; found here:http://www.amazon.com/help/a-to-z-guarantee
&gt;
&gt; Please feel free to contact us directly by replying to bbb@amazon.com if
&gt; we can be of further assistance.
&gt;
&gt; Regards,
&gt;
&gt; Mahesh Boddu
&gt; Amazon.com
&gt; http://www.amazon.com
&gt; =========================
&gt;
&gt; Information received: 12/8/2019
&gt;
&gt; =========================
&gt;

&gt; Consumer Information
&gt;
&gt; Mr. James E Bowers
&gt; Address: 521 Autumn Drive
&gt; Flushing, MI 48433
&gt; =========================
&gt;
&gt; Complaint filed against:
&gt; NAME: Amazon.com
&gt; BBB MEMBER: YES
&gt;
&gt; =========================
&gt;
&gt; Case Description: Amazon is selling a Ninja Specialty Fold-Away Frother
&gt; (CM401) Coffee Maker, Single Serve to 10 Cup (50 oz.), Glass Carafe for
&gt; $99.00. When I placed the order, it was processed to a 3rd party who
&gt; charged over $182.00 for the same item. The seller than ordered the item
&gt; from Target.com and had the item shipped directly to me. When I asked the
&gt; seller to accept the return, they refused to accept and then stated they
&gt; had a 20% restocking fee which is not indicated on the Amazon listing. The
&gt; seller then refused to assist with a return. I contacted Amazon.Com
&gt; customer support via chat and they sent the same email to the seller asking
&gt; the seller to address even though the seller already responded. I asked for
&gt; a refund of the difference, no response. I was told I needed to wait for
&gt; the seller and I have to wait 2 days while my money is stolen. I then asked
&gt; for a supervisor but was not provided with one. The chat representative did
&gt; nothing to resolve the issue. I will allow amazon to resolve one additional
&gt; time via this complaint before I open a fraud charge on my debit card.
&gt; Unfortuately, part of the order was on Amazon gift card and I can't recover
&gt; that via fraud. I have screen shots of the order details, the Target.com
&gt; Receipt and box received in as well as the advertised price and the amazon
&gt; reps refusal to assist.
&gt;
&gt; Desired Resolution: I expect an adjustment from the charged amount to the
&gt; advertised price of $99 without any shipping costs. I expect the amount
&gt; from the debit card to be returned there and the remainder to my amazon
&gt; balance.
&gt;
&gt; =================================================
&gt;
&gt; Regards,
&gt;
&gt; Mahesh B.
&gt; Amazon.com
&gt; http://www.amazon.com

---

**James Bowers** <jbowers726@gmail.com>           Wed, Dec 11, 2019 at 7:55 AM
To: bbb+A29L05J6RSE2VD@amazon.com

You say that, but this is what it already says!



[Quoted text hidden]

Deliver to James
Grand Blanc 48439

All

Hello, James
Account & Lists

Returns
& Orders

0

All   Customer Service   Livestreams   Buy Again   Prime Video   James's Amazon.com   Shopper Toolkit

Prime Day is June 21 & 22

Your Account > Message Center

Back

### Delivery update: Inflatable Swimming Pool...

06/06 17:02:23



Hi James,

Your package is on the way but running late.
We're sorry for the delay.

Now expected June 7 - June 8. Track your
delivery for the latest updates.

Track your delivery

   Inflatable Swimming Pool, Kiddie Pool,
Family...

Order #114-5277846-5393000

This email was sent from an email address that can't receive emails. Please don't reply to this
email.

Back to top

Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery
business

Advertise Your Products

Self-Publish with Us

Amazon Payment Products

Amazon Rewards Visa Signature
Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Host an Amazon Hub

› See More Make Money with Us

Reload Your Balance

Amazon Currency Converter

Promotional Financing

Manage Your Content and Devices

Amazon Assistant

Help

---

| English | United States |

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates